AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

STEPHEN MELISE

*Plaintiff(s)*

v.   Civil Action No. 1:17-cv-00490-JJM-PAS

ASHBEL T. WALL, alias, individually and in his official capacity as Director of the Rhode Island Department of Corrections, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ASHBEL T. WALL, alias
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF CORRECTIONS
40 HOWARD AVENUE
CRANSTON, RI 02920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHLOE DAVIS, ESQ.
2374 POST ROAD, SUITE 201
WARWICK, RI 02886

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __December 12, 2017__   /s/ **Hanorah Tver-Witek**

I, the undersigned Ian P. Anderson, Esq., am duly authorized to accept service of the attached summons and complaint on behalf of the above named defendant [insert name].

Date: 12/19/17   Ian P. Anderson, Esq.

Case 1:17-cv-00490-JJM-PAS   Document 8-4   Filed 12/12/17   Page 2 of 2 PageID #: 41

AO 440 (Rev. 06/12); Summons in a Civil Action (Page 2)

Civil Action No.   1:17-cv-00490-JJM-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Robert T. Mello___

was received by me on *(date)* __12/8/17__.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Ian Anderson, Esq. for A Tignall Individually
C/o Anderson LLP 805.... Cash

My fees are $ _____ for travel and $ 45.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __12/9/17__

_____
Server's signature

VINCENT P CATAMERO
R I CONSTABLE # 6023
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Case 1:17-cv-00490-JJM-PAS   Document 8-4   Filed 12/12/17   Page 1 of 2 PageID #: 40

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Rhode Island

STEPHEN MELISE

*Plaintiff(s)*

v.   Civil Action No. 1:17-cv-00490-JJM-PAS

ASHBEL T. WALL, alias, individually and in his official capacity as Director of the Rhode Island Department of Corrections, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASHBEL T. WALL, alias
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF CORRECTIONS
40 HOWARD AVENUE
CRANSTON, RI 02920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHLOE DAVIS, ESQ.
2374 POST ROAD, SUITE 201
WARWICK, RI 02886

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __December 12, 2017__   /s/ **Hanorah Tyer-Witek**
                                                          *Clerk of Court*

X  Adam Stores, MAG  12/18/17
   Ben AT Wall officially only

AO 440 (Rev. 06/12)- Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-00490-JJM-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___12/18/17___ / ___Ashsel T Will___

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: C/o Attorney General

My fees are $ _____ for travel and $ _45.00_ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _12/18/17_

Server's signature

VINCENT P CATAMERO
R I CONSTABLE # 6023
Printed name and title

1400 Mass Ave _____
Server's address

Additional information regarding attempted service, etc: