**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| **STEPHEN MELISE,**<br>     **Plaintiff**<br><br>          v.<br><br>**ASHBEL T. WALL, alias, individually and in his official capacity as Director of the Rhode Island Department of Corrections, FRED VOHR, alias, individually and in his official capacity as Medical Director of the Rhode Island Department of Corrections, JENNIFER CLARKE, alias, individually and in her official capacity as Medical Director of the Rhode Island Department of Corrections, KERRI MCCAUGHEY, alias, individually and in her official capacity as a registered employee of the Rhode Island Department of Corrections, STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS, alias, and JOHN DOES 1 - THROUGH 10, alias,**<br>          **Defendants** | No.: 17-cv-00490-JJM-PAS |

## ENTRY OF APPEARANCE

Now comes Susan E. Urso, Assistant Attorney General and hereby enters her appearance in this matter for Defendants, the State of Rhode Island, Department of Corrections; Ashbel T. Wall, individually and in his official capacity as Director of the Rhode Island Department of Corrections and Kerri McCaughey, individually and in her official capacity as Deputy Warden of the Rhode Island Department of Corrections.

Respectfully submitted,

STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS; ASHBEL T. WALL, individually and in his official capacity as Director of the R.I. Department of Corrections and KERRI MCCAUGHEY, individually and in her official capacity as Deputy Warden of the R.I. Department of Corrections

By Their Attorney

PETER F. KILMARTIN
ATTORNEY GENERAL

*/s/ Susan E. Urso*
_____
Susan E. Urso, #4688
Assistant Attorney General
150 South Main Street
Providence, RI  02903-2907
Tel:  (401) 274-4400
Fax:  (401) 222-2995

## CERTIFICATION

   I hereby certify that I filed and served all counsel of record with a copy of the within Entry of Appearance through the ECF filing system on this 8th day of January, 2018 and that it is available for viewing and downloading.

Shannah Kurland, Esq.
Chloe A. Davis, Esq.
Jeffrey G. Latham, Esq.
Alexandra C. Curran, Esq.

/s/ Susan E. Urso
_____