# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**STEPHEN MELISE,**
       **Plaintiff**

      **v.**　　　　　　　　　　　　　　　　　　　　No.:  17-cv-00490-JJM-PAS
**ASHBEL T. WALL, et al.**
       **Defendants**

## ASSENTED TO MOTION FOR EXTENSION OF TIME WITHIN WHICH STATE DEFENDANT IS REQUIRED TO RESPOND TO INTERROGATORIES

Now comes State Defendant, State of Rhode Island, Department of Corrections and respectfully requests additional time, up to and including January 14, 2019 to respond to Plaintiff's Interrogatories.  State Defendant preserves any and all objections to each individual Interrogatory and further reserves the right to supplement Responses in accordance with the Federal Rules of Civil Procedure.  State Defendant has conferred with Plaintiff and he assents to the extension.  *See* Assented Motion to Amend Scheduling Order, Doc. 42.

Respectfully submitted:
ASHBEL T. WALL, in his individual and official capacity as Director of the R.I. Department of Corrections; STATE OF RHODE ISLAND, DEPARTMENT OF CORRECTIONS; KERRI McCAUGHEY, individually and in her official capacity as Deputy Warden of the Rhode Island Department of Corrections

By Their Attorney

PETER F. KILMARTIN
ATTORNEY GENERAL

/s/ Susan E. Urso
_____
Susan E. Urso, #4688
Thomas A. Palombo, #4212
Assistant Attorneys General
150 South Main Street
Providence, RI  02903-2907
Tel:  (401) 274-4400
Fax:  (401) 222-2995
surso@riag.ri.gov
tpalombo@riag.ri.gov

## CERTIFICATION

I hereby certify that I filed and served all counsel of record the within through the ECF filing system on this 5th day of December, 2018 and that it is available for viewing and downloading.

Chloe Davis, Esq.
Jeffrey G. Latham, Esq.
Alexandra C. Curran, Esq.

/s/ Susan E. Urso
_____