UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEPHEN MELISE,                  : | |
|          Plaintiff               : | |
|                                  : | |
| v.                               : | C.A. No.: 1:17-cv-00490-MSM-PAS |
|                                  : | |
| Coyne-Fague, et al.              : | |
|          Defendants              : | |

**STIPULATION TO AMEND SCHEDULING ORDER**

By agreement of the parties, Plaintiff and Defendants hereby move to amend the scheduling order by extending the factual discovery closure date by sixty (60) days from the dates established in the pre-trial scheduling text order dated November 7, 2019 up to and including **February 28, 2020**, all expert discovery dates to be extended by the same, and that all pre-trial deadlines be extended by the same accordingly.

As grounds for this assented motion and in support thereof, the parties aver as follows. Additional paper discovery was requested by Plaintiff pursuant to deposition testimony and responses from Defendants are still outstanding. The parties require additional time to respond to and review responses to those requests.

For all the foregoing reasons, Plaintiff and Defendants believe that the additional time requested is necessary to resolve the remaining discovery issues and conduct any additional factual discovery that may be necessary as a consequence thereof. As such, the parties respectfully request that this motion be granted.

| | |
|---|---|
| Plaintiff, | State Defendants |
| By his attorney, | By their attorney, |
| | |
| /s/ **Chloe A. Davis** | /s/ **Justin J. Sullivan** |
| **Chloe A. Davis, Esq**. Bar No. 9334 | Justin J. Sullivan, Esq. (#9770) |
| Sinapi Law Associates, Ltd. | RI Office of Attorney General |
| 2374 Post Road, Suite 201, Warwick, RI 02886 | 150 S. Main Street, Providence RI 02903 |
| Phone: (401) 739-9690 | (401) 274-4400 |
| Email cad@sinapilaw.com | jjsullivan@riag.ri.gov |

Defendants Vohr and Clarke
By their attorney

**/s/ Jeffrey G. Latham**
Jeffrey G. Latham, Esq. (#6264)
Tate & Latham, LLC
40 Westminster Street, Suite 350
Providence, RI 02903
(401) 421-7400
jlatham@tatelawri.com

## CERTIFICATION

Jeffrey G. Latham, Esquire
Christine A. Stowell, Esquire
Tate & Latham
40 Westminster Street, Suite 350
Providence, RI 02903
(401) 421-7400
jlatham@tatelawri.com
cstowell@tatelawri.com

Justin J. Sullivan, Esquire
Lauren E. Hill, Esquire
Department of the Attorney General
State of Rhode Island
150 South Main Street
Providence, RI 02903
401-274-4400
jjsullivan@riag.ri.gov
lhill@riag.gov

I hereby certify that on **December 30, 2019**, a true copy of the within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System. Service on the counsel of record listed above has been effectuated by electronic means.

/s/ **Chloe A. Davis**