# EXHIBIT A

## DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

M-0071

**SITE:** MD1 Medical Clinic
**COMPLETED BY:** Mel White, RN  12/13/2016 2:27 PM

**NAME:** MELISE, STEPHEN
**ID #:** 083812
**DOB:**

### Special Needs/Urgent Orders

| Order | Reason | Start Date | Stop Date | Ordered By |
|---|---|---|---|---|
| Bottom bunk | falls from sleep problem | 11/11/2016 | 11/10/2017 | Christopher Salas MD |
| Bottom tier | crutches for broken ankle | 11/11/2016 | 03/10/2017 | Christopher Salas MD |
| CPAP | sleep apnea | 12/13/2016 | 06/13/2017 | Jennifer Clarke MD |

Approved
Deputy McCoy
12/14/16

NAME: MELISE, STEPHEN
NUMBER: 083812