# EXHIBIT B

**STATE'S THIRD SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION, REQUEST NO. 11**

CONFIDENTIAL

| order_.actRecurEndDate | Addr 2 | Lst Name | Fst Name | DOB | order_.actText | order_.apptDate |
|---|---|---|---|---|---|---|
| 20161205 | FMODL, 07B | | | | Bottom bunk | 20141205 |
| 20161019 | SEG, 11B | | | | Bottom bunk | 20141219 |
| 20160414 | DMODR, 12B | | | | Bottom bunk | 20131114 |
| 20160325 | FMODL, 02B | | | | Bottom bunk | 20140925 |
| 20160314 | AMODL, 18B | | | | Bottom bunk | 20130314 |
| 20160304 | FMODL, 22B | | | | Bottom bunk | 20150304 |
| 20160302 | CMODL, 16B | | | | Bottom bunk | 20150302 |
| 20160302 | FMODR, 03B | | | | Bottom bunk | 20150302 |
| 20160223 | DMODR, 03B | | | | Bottom bunk | 20150223 |
| 20160223 | AMODL, 03B | | | | Bottom bunk | 20150223 |
| 20160219 | EMODL, 17B | | | | Bottom bunk | 20140819 |
| 20160218 | BMODL, 10B | | | | Bottom bunk | 20150218 |
| 20160217 | AMODR, 48B | | | | Bottom bunk | 20140217 |
| 20160213 | FMODL, 06B | | | | Bottom bunk | 20150213 |
| 20160213 | DMODL, 11B | | | | Bottom bunk | 20150213 |
| 20160209 | CMODR, 11B | | | | Bottom bunk | 20150209 |
| 20160207 | BMODL, 14B | | | | Bottom bunk | 20150107 |
| 20160206 | AMODR, 16T | | | | Bottom bunk | 20150206 |
| 20160116 | AMODR, 02B | | | | Bottom bunk | 20150116 |
| 20160108 | FMODR, 02B | | | | Bottom bunk | 20141208 |
| 20160105 | DMODR, 05B | | | | Bottom bunk | 20150105 |
| 20151222 | AMODL, 23B | | | | Bottom bunk | 20141222 |
| 20151222 | CMODR, 05B | | | | Bottom bunk | 20141222 |
| 20151220 | BMODR, 01B | | | | Bottom bunk | 20131220 |
| 20151220 | CMODR, 03B | | | | Bottom bunk | 20141120 |
| 20151220 | FMODR, 15B | | | | Bottom bunk | 20131220 |
| 20151220 | CMODR, 07B | | | | Bottom bunk | 20131220 |
| 20151219 | AMODL, 20B | | | | Bottom bunk | 20141219 |
| 20151219 | BMODR, 33B | | | | Bottom bunk | 20131219 |
| 20151215 | AMODL, 21B | | | | Bottom bunk | 20141215 |
| 20151215 | CMODR, 29B | | | | Bottom bunk | 20141215 |
| 20151210 | CMODR, 10B | | | | Bottom bunk | 20141210 |
| 20151205 | BMODR, 20B | | | | Bottom bunk | 20141205 |
| 20151203 | DMODR, 09B | | | | Bottom bunk | 20141203 |
| 20151130 | DMODL, 20B | | | | Bottom bunk | 20150106 |
| 20151112 | BMODR, 11B | | | | Bottom bunk | 20141112 |
| 20151105 | FMODL, 14B | | | | Bottom bunk | 20141105 |
| 20151027 | BMODR, 15B | | | | Bottom bunk | 20141027 |
| 20151027 | DMODL, 03B | | | | Bottom bunk | 20141027 |
| 20151024 | AMODR, 06B | | | | Bottom bunk | 20141024 |
| 20151020 | AMODL, 19B | | | | Bottom bunk | 20141020 |
| 20151017 | DMODR, 22B | | | | Bottom bunk | 20141017 |
| 20151016 | BMODL, 22B | | | | Bottom bunk | 20141016 |
| 20151016 | DMODR, 21B | | | | Bottom bunk | 20131016 |
| 20151016 | BMODL, 23B | | | | Bottom bunk | 20141016 |
| 20151014 | AMODL, 19T | | | | Bottom bunk | 20141014 |
| 20151010 | FMODR, 02B | | | | Bottom bunk | 20141110 |
| 20151009 | AMODL, 06B | | | | Bottom bunk | 20141009 |
| 20151008 | AMODR, 13B | | | | Bottom bunk | 20141008 |
| 20151006 | FMODL, 11B | | | | Bottom bunk | 20141006 |

CONFIDENTIAL

RIDOCSUPP000002

| | | | | | |
|---|---|---|---|---|---|
| 20151003 | DMODL, 14B | | | Bottom bunk | 20141003 |
| 20151002 | BMODL, 13B | | | Bottom bunk | 20141002 |
| 20150926 | DMODL, 06B | | | Bottom bunk | 20140926 |
| 20150925 | CMODR, 25B | | | Bottom bunk | 20140925 |
| 20150925 | BMODR, 09B | | | Bottom bunk | 20140925 |
| 20150924 | AMODL, 13B | | | Bottom bunk | 20140924 |
| 20150920 | AMODL, 07B | | | Bottom bunk | 20130920 |
| 20150912 | CMODR, 17B | | | Bottom bunk | 20140912 |
| 20150910 | AMODL, 24B | | | Bottom bunk | 20140910 |
| 20150910 | EMODL, 21B | | | Bottom bunk | 20140910 |
| 20150909 | BMODL, 16B | | | Bottom bunk | 20140909 |
| 20150905 | BMODL, 01B | | | Bottom bunk | 20150305 |
| 20150904 | AMODL, 01B | | | Bottom bunk | 20150304 |
| 20150904 | BMODR, 04B | | | bottom bunk | 20140904 |
| 20150823 | DMODR, 17B | | | Bottom bunk | 20120823 |
| 20150821 | EMODL, 06B | | | Bottom bunk | 20140821 |
| 20150819 | BMODL, 06B | | | Bottom bunk | 20140819 |
| 20150818 | CMODL, 22B | | | Bottom bunk | 20140818 |
| 20150816 | EMODL, 01B | | | Bottom bunk | 20120816 |
| 20150815 | FMODL, 01B | | | Bottom bunk | 20140815 |
| 20150814 | EMODL, 13B | | | Bottom bunk | 20150214 |
| 20150812 | DMODR, 18B | | | Bottom bunk | 20140812 |
| 20150810 | AMODL, 26B | | | Bottom bunk | 20141010 |
| 20150808 | FMODL, 03B | | | Bottom bunk | 20140808 |
| 20150805 | BMODR, 22B | | | Bottom bunk | 20130805 |
| 20150804 | EMODL, 07B | | | Bottom bunk | 20140804 |
| 20150801 | DMODL, 02B | | | Bottom bunk | 20140801 |
| 20150731 | BMODL, 12B | | | Bottom bunk | 20140731 |
| 20150728 | DMODR, 11B | | | Bottom bunk | 20140728 |
| 20150728 | BMODL, 14B | | | Bottom bunk | 20140729 |
| 20150721 | FMODR, 20B | | | Bottom bunk | 20140721 |
| 20150716 | AMODL, 09B | | | Bottom bunk | 20150116 |
| 20150716 | BMODR, 33T | | | Bottom bunk | 20150116 |
| 20150715 | EMODR, 08B | | | Bottom bunk | 20150115 |
| 20150709 | BMODR, 12B | | | Bottom bunk | 20140709 |
| 20150630 | DMODR, 06B | | | Bottom bunk | 20150206 |
| 20150628 | BMODR, 07B | | | Bottom bunk | 20150128 |
| 20150624 | EMODL, 19B | | | Bottom bunk | 20141212 |
| 20150612 | CMODR, 01B | MELISE | STEPHEN 19711223 | Bottom bunk | 20141112 |
| 20150611 | BMODL, 17B | | | Bottom bunk | 20141211 |
| 20150610 | BMODL, 18B | | | Bottom bunk | 20140910 |
| 20150609 | DMODR, 01B | | | Bottom bunk | 20140609 |
| 20150601 | EMODL, 15B | | | Bottom bunk | 20150218 |
| 20150528 | AMODL, 29T | | | Bottom bunk | 20140529 |
| 20150520 | BMODR, 30T | | | Bottom bunk | 20141120 |
| 20150516 | BMODL, 24B | | | Bottom bunk | 20140516 |
| 20150516 | FMODR, 01T | | | Bottom bunk | 20141216 |
| 20150515 | DMODR, 08B | | | Bottom bunk | 20141115 |
| 20150514 | BMODL, 15B | | | Bottom bunk | 20150214 |
| 20150510 | CMODL, 04B | | | Bottom bunk | 20141110 |
| 20150508 | AMODL, 47B | | | Bottom bunk | 20140508 |
| 20150508 | CMODR, 04B | | | Bottom bunk | 20140508 |
| 20150508 | DMODL, 05B | | | Bottom bunk | 20140508 |
| 20150428 | BMODL, 19B | | | Bottom bunk | 20141030 |

CONFIDENTIAL

| 20150428 | CMODL, 01B | | Bottom bunk | 20141030 |
| 20150428 | BMODR, 10B | | Bottom bunk | 20150129 |
| 20150424 | CMODL, 02B | | Bottom bunk | 20141124 |
| 20150422 | DMODL, 22B | | Bottom bunk | 20141222 |
| 20150420 | DMODL, 17T | | Bottom bunk | 20150220 |
| 20150418 | FMODR, 46T | | Bottom bunk | 20141218 |
| 20150417 | FMODL, 04B | | Bottom bunk | 20140617 |
| 20150417 | EMODL, 08T | | Bottom bunk | 20140417 |
| 20150416 | BMODR, 05B | | Bottom bunk | 20140516 |
| 20150415 | AMODL, 08B | | Bottom bunk | 20140415 |
| 20150415 | SEG, 07T | | Bottom bunk | 20150304 |
| 20150412 | BMODL, 07B | | Bottom bunk | 20130412 |
| 20150410 | FMODR, 03B | | Bottom bunk | 20140910 |
| 20150409 | BMODL, 11B | | Bottom bunk | 20141009 |
| 20150408 | DMODL, 10B | | Bottom bunk | 20140408 |
| 20150326 | CMODR, 48B | | Bottom bunk | 20140426 |
| 20150325 | CMODL, 16B | | Bottom bunk | 20140325 |
| 20150324 | BMODL, 04B | | Bottom bunk | 20140324 |
| 20150323 | SEG, 01B | | Bottom bunk | 20141223 |
| 20150314 | AMODR, 01B | | Bottom bunk | 20140314 |
| 20150313 | CMODR, 34T | | Bottom bunk | 20141113 |

CONFIDENTIAL

RIDOCSUPP000004

## J.J. Moran Bottom Bunk List  3/9/2015

| der_.actRecurEndDa | Addr 2 | Lst Name | Fst Name | DOB | order_.actText | order_.apptDate | |
|---|---|---|---|---|---|---|---|
| 20150904 | AMODL, 01B | | | | Bottom bunk | 20150304 | |
| 20160223 | AMODL, 03B | | | | Bottom bunk | 20150223 | |
| 20151009 | AMODL, 06B | | | | Bottom bunk | 20141009 | |
| 20150920 | AMODL, 07B | | | | Bottom bunk | 20130920 | █ |
| 20150415 | AMODL, 08B | | | | Bottom bunk | 20140415 | |
| 20150716 | AMODL, 09B | | | | Bottom bunk | 20150116 | |
| 20150924 | AMODL, 13B | | | | Bottom bunk | 20140924 | |
| 20160314 | AMODL, 18B | | | | Bottom bunk | 20130314 | |
| 20151020 | AMODL, 19B | | | | Bottom bunk | 20141020 | |
| 20151014 | AMODL, 19T | | | | Bottom bunk | 20141014 | |
| 20151219 | AMODL, 20B | | | | Bottom bunk | 20141219 | |
| 20151215 | AMODL, 21B | | | | Bottom bunk | 20141215 | |
| 20151222 | AMODL, 23B | | | | Bottom bunk | 20141222 | |
| 20150910 | AMODL, 24B | | | | Bottom bunk | 20140910 | |
| 20150810 | AMODL, 26B | | | | Bottom bunk | 20141010 | |
| 20150528 | AMODL, 29T | | | | Bottom bunk | 20140529 | |
| 20150314 | AMODR, 01B | | | | Bottom bunk | 20140314 | |
| 20160116 | AMODR, 02B | | | | Bottom bunk | 20150116 | |
| 20151024 | AMODR, 06B | | | | Bottom bunk | 20141024 | |
| 20151008 | AMODR, 13B | | | | Bottom bunk | 20141008 | |
| 20160206 | AMODR, 16T | | | | Bottom bunk | 20150206 | |
| 20150508 | AMODR, 47B | | | | Bottom bunk | 20140508 | |
| 20160217 | AMODR, 48B | | | | Bottom bunk | 20140217 | |
| | | | | | | | █ |
| 20150905 | BMODL, 01B | | | | Bottom bunk | 20150305 | |
| 20150324 | BMODL, 04B | | | | Bottom bunk | 20140324 | |
| 20150819 | BMODL, 06B | | | | Bottom bunk | 20140819 | |
| 20150412 | BMODL, 07B | | | | Bottom bunk | 20130412 | |
| 20160218 | BMODL, 10B | | | | Bottom bunk | 20150218 | |
| 20150409 | BMODL, 11B | | | | Bottom bunk | 20141009 | |
| 20150731 | BMODL, 12B | | | | Bottom bunk | 20140731 | |
| 20151002 | BMODL, 13B | | | | Bottom bunk | 20141002 | |
| 20150728 | BMODL, 14B | | | | Bottom bunk | 20140729 | |
| 20150514 | BMODL, 15B | | | | Bottom bunk | 20150214 | |
| 20150909 | BMODL, 16B | | | | Bottom bunk | 20140909 | |
| 20150611 | BMODL, 17B | | | | Bottom bunk | 20141211 | |
| 20150610 | BMODL, 18B | | | | Bottom bunk | 20140910 | |
| 20150428 | BMODL, 19B | | | | Bottom bunk | 20141030 | |
| 20151016 | BMODL, 22B | | | | Bottom bunk | 20141016 | |
| 20151016 | BMODL, 23B | | | | Bottom bunk | 20141016 | |
| 20150516 | BMODL, 24B | | | | Bottom bunk | 20140516 | |
| 20151220 | BMODR, 01B | | | | Bottom bunk | 20131220 | |
| 20150904 | BMODR, 04B | | | | Bottom bunk | 20140904 | |
| 20150416 | BMODR, 05B | | | | Bottom bunk | 20140516 | |
| 20150628 | BMODR, 07B | | | | Bottom bunk | 20150128 | |
| 20150925 | BMODR, 09B | | | | Bottom bunk | 20140925 | |
| 20150428 | BMODR, 10B | | | | Bottom bunk | 20150129 | |
| 20151112 | BMODR, 11B | | | | Bottom bunk | 20141112 | |
| 20150709 | BMODR, 12B | | | | Bottom bunk | 20140709 | |
| 20160207 | BMODR, 14B | | | | Bottom bunk | 20150107 | |
| 20151027 | BMODR, 15B | | | | Bottom bunk | 20141027 | |
| 20151205 | BMODR, 20B | | | | Bottom bunk | 20141205 | |
| 20150805 | BMODR, 22B | | | | Bottom bunk | 20130805 | |
| 20150520 | BMODR, 30T | | | | Bottom bunk | 20141120 | |
| 20151219 | BMODR, 33B | | | | Bottom bunk | 20131219 | |
| 20150716 | BMODR, 33T | | | | Bottom bunk | 20150116 | |
| | | | | | | | |
| 20150428 | CMODL, 01B | | | | Bottom bunk | 20141030 | |

CONFIDENTIAL

RIDOCSUPP000005

| | | | | |
|---|---|---|---|---|
| 20150424 | CMODL, 02B | | Bottom bunk | 20141124 |
| 20150510 | CMODL, 04B | | Bottom bunk | 20141110 |
| 20160302 | CMODL, 16B | | Bottom bunk | 20150302 |
| 20150325 | CMODL, 16B | | Bottom bunk | 20140325 |
| 20150818 | CMODL, 22B | | Bottom bunk | 20140818 |
| 20150612 | CMODR, 01B | MELISE   STEPHEN   19711223 | Bottom bunk | 20141112 |
| 20151220 | CMODR, 03B | | Bottom bunk | 20141120 |
| 20150508 | CMODR, 04B | | Bottom bunk | 20140508 |
| 20151222 | CMODR, 05B | | Bottom bunk | 20141222 |
| 20151220 | CMODR, 07B | | Bottom bunk | 20131220 |
| 20151210 | CMODR, 10B | | Bottom bunk | 20141210 |
| 20160209 | CMODR, 11B | | Bottom bunk | 20150209 |
| 20150912 | CMODR, 17B | | Bottom bunk | 20140912 |
| 20150925 | CMODR, 25B | | Bottom bunk | 20140925 |
| 20151215 | CMODR, 29B | | Bottom bunk | 20141215 |
| 20150313 | CMODR, 34T | | Bottom bunk | 20141113 |
| 20150326 | CMODR, 48B | | Bottom bunk | 20140426 |
| | | | | |
| 20150801 | DMODL, 02B | | Bottom bunk | 20140801 |
| 20151027 | DMODL, 03B | | Bottom bunk | 20141027 |
| 20150508 | DMODL, 05B | | Bottom bunk | 20140508 |
| 20150926 | DMODL, 06B | | Bottom bunk | 20140926 |
| 20150408 | DMODL, 10B | | Bottom bunk | 20140408 |
| 20151003 | DMODL, 14B | | Bottom bunk | 20141003 |
| 20150420 | DMODL, 17T | | Bottom bunk | 20150220 |
| 20151130 | DMODL, 20B | | Bottom bunk | 20150106 |
| 20150422 | DMODL, 22B | | Bottom bunk | 20141222 |
| 20150609 | DMODR, 01B | | Bottom bunk | 20140609 |
| 20160223 | DMODR, 03B | | Bottom bunk | 20150223 |
| 20160105 | DMODR, 05B | | Bottom bunk | 20150105 |
| 20150630 | DMODR, 06B | | Bottom bunk | 20150206 |
| 20150515 | DMODR, 08B | | Bottom bunk | 20141115 |
| 20151203 | DMODR, 09B | | Bottom bunk | 20141203 |
| 20150728 | DMODR, 11B | | Bottom bunk | 20140728 |
| 20160414 | DMODR, 12B | | Bottom bunk | 20131114 |
| 20150823 | DMODR, 17B | | Bottom bunk | 20120823 |
| 20150812 | DMODR, 18B | | Bottom bunk | 20140812 |
| 20151016 | DMODR, 21B | | Bottom bunk | 20131016 |
| 20151017 | DMODR, 22B | | Bottom bunk | 20141017 |
| | | | | |
| 20150816 | EMODL, 01B | | Bottom bunk | 20120816 |
| 20150821 | EMODL, 06B | | Bottom bunk | 20140821 |
| 20150804 | EMODL, 07B | | Bottom bunk | 20140804 |
| 20150417 | EMODL, 08T | | Bottom bunk | 20140417 |
| 20150814 | EMODL, 13B | | Bottom bunk | 20150214 |
| 20150601 | EMODL, 15B | | Bottom bunk | 20150218 |
| 20160219 | EMODL, 17B | | Bottom bunk | 20140819 |
| 20150624 | EMODL, 19B | | Bottom bunk | 20141212 |
| 20150910 | EMODL, 21B | | Bottom bunk | 20140910 |
| 20150715 | EMODR, 08B | | Bottom bunk | 20150115 |
| | | | | |
| 20150815 | FMODL, 01B | | Bottom bunk | 20140815 |
| 20160325 | FMODL, 02B | | Bottom bunk | 20140925 |
| 20150808 | FMODL, 03B | | Bottom bunk | 20140808 |
| 20150417 | FMODL, 04B | | Bottom bunk | 20140617 |
| 20160213 | FMODL, 06B | | Bottom bunk | 20150213 |
| 20161205 | FMODL, 07B | | Bottom bunk | 20141205 |
| 20151006 | FMODL, 11B | | Bottom bunk | 20141006 |
| 20151105 | FMODL, 14B | | Bottom bunk | 20141105 |
| 20160304 | FMODL, 22B | | Bottom bunk | 20150304 |

| | | | |
|---|---|---|---|
| 20150516 | FMODR, 01T | Bottom bunk | 20141216 |
| 20160108 | FMODR, 02B | Bottom bunk | 20141208 |
| 20151010 | FMODR, 02B | Bottom bunk | 20141110 |
| 20160302 | FMODR, 03B | Bottom bunk | 20150302 |
| 20150410 | FMODR, 03B | Bottom bunk | 20140910 |
| 20151220 | FMODR, 15B | Bottom bunk | 20131220 |
| 20150721 | FMODR, 20B | Bottom bunk | 20140721 |
| 20150418 | FMODR, 46T | Bottom bunk | 20141218 |
| | | | |
| 20150323 | SEG, 01B | Bottom bunk | 20141223 |
| 20150415 | SEG, 07T | Bottom bunk | 20150304 |
| 20161019 | SEG, 11B | Bottom bunk | 20141219 |

CONFIDENTIAL

| Lst Name | Fst Name | DOB | Age | Race | Addr 2 | Person Nbr | Patient Status | order_.actRecurEndDate |
|----------|----------|-----|-----|------|--------|------------|----------------|------------------------|
| | | | 31 | | DMODR, 45T | | | 20170413 |
| | | | 67 | | BMODL, 07B | | | 20161220 |
| | | | 57 | | DMODL, 22B | | | 20161217 |
| | | | 71 | | BMODL, 20B | | | 20161216 |
| | | | 23 | | BMODL, 14B | | | 20161214 |
| MELISE | STEPHEN | 12/23/1971 | 44 | | BMODL, 03T | 23742 | | 20161212 |
| | | | 48 | | AMODL, 10B | | | 20161210 |
| | | | 49 | | CMODL, 13B | | | 20161210 |
| | | | 38 | | EMODL, 08B | | | 20161209 |
| | | | 43 | | CMODL, 22T | | | 20161207 |
| | | | 66 | | BMODR, 20B | | | 20161205 |
| | | | 51 | | BMODR, 06B | | | 20161203 |
| | | | 68 | | CMODR, 11B | | | 20161129 |
| | | | 53 | | BMODR, 10B | | | 20161129 |
| | | | 54 | | BMODL, 16B | | | 20161129 |
| | | | 36 | | SEG, 15B | | | 20161120 |
| | | | 56 | | FMODR, 14B | | | 20161116 |
| | | | 51 | | CMODR, 18B | | | 20161116 |
| | | | 70 | | DMODR, 10B | | | 20161113 |
| | | | 45 | | BMODR, 01B | | | 20161109 |
| | | | 52 | | FMODL, 14B | | | 20161105 |
| | | | 38 | | CMODR, 20B | | | 20161104 |
| | | | 54 | | DMODL, 11B | | | 20161104 |
| | | | 30 | | BMODR, 22B | | | 20161029 |
| | | | 47 | | BMODR, 12B | | | 20161029 |
| | | | 51 | | DMODR, 32B | | | 20161028 |
| | | | 59 | | EMODL, 13B | | | 20161026 |
| | | | 72 | | CMODR, 08B | | | 20161026 |
| | | | 38 | | FMODR, 18B | | | 20161026 |
| | | | 57 | | AMODR, 17T | | | 20161019 |
| | | | 24 | | DMODL, 06B | | | 20161019 |
| | | | 43 | | EMODR, 15B | | | 20161017 |
| | | | 55 | | DMODR, 18B | | | 20161015 |
| | | | 36 | | EMODL, 21B | | | 20161014 |
| | | | 73 | | EMODL, 38B | | | 20161014 |
| | | | 26 | | AMODR, 06B | | | 20161013 |
| | | | 36 | | SEG, 15B | | | 20161013 |
| | | | 50 | | AMODL, 02B | | | 20161009 |
| | | | 42 | | BMODL, 09B | | | 20161008 |
| | | | 38 | | CMODR, 20B | | | 20161004 |
| | | | 67 | | BMODL, 13B | | | 20161002 |
| | | | 28 | | SEG, 19B | | | 20160929 |
| | | | 58 | | CMODR, 17B | | | 20160912 |
| | | | 29 | | BMODL, 01B | | | 20160910 |
| | | | 81 | | BMODR, 09B | | | 20160905 |
| | | | 50 | | AMODL, 19B | | | 20160902 |
| | | | 71 | | BMODR, 17B | | | 20160902 |
| | | | 48 | | BMODL, 12B | | | 20160901 |
| | | | 47 | | AMODL, 24B | | | 20160831 |
| | | | 41 | | CMODR, 12B | | | 20160831 |
| | | | 66 | | DMODR, 14B | | | 20160829 |
| | | | 45 | | EMODL, 47B | | | 20160829 |
| | | | 56 | | DMODR, 27B | | | 20160825 |

CONFIDENTIAL

| | | |
|---|---|---|
| 57 | SEG, 04B | 20160824 |
| 57 | DMODR, 19B | 20160823 |
| 36 | SEG, 15B | 20160822 |
| 45 | BMODL, 19B | 20160819 |
| 69 | BMODL, 06B | 20160819 |
| 58 | DMODR, 21B | 20160817 |
| 37 | DMODL, 08B | 20160811 |
| 39 | EMODR, 09B | 20160811 |
| 58 | EMODL, 07B | 20160804 |
| 47 | BMODR, 03B | 20160728 |
| 39 | EMODL, 02B | 20160727 |
| 25 | FMODR, 47B | 20160724 |
| 37 | BMODR, 04B | 20160720 |
| 60 | BMODL, 23B | 20160716 |
| 40 | AMODL, 10T | 20160714 |
| 37 | AMODR, 04B | 20160714 |
| 64 | BMODL, 22B | 20160713 |
| 60 | BMODL, 02B | 20160709 |
| 61 | DMODR, 08B | 20160707 |
| 53 | EMODL, 01B | 20160618 |
| 34 | BMODL, 08B | 20160611 |
| 63 | CMODR, 19B | 20160609 |
| 60 | BMODR, 14B | 20160608 |
| 35 | DMODL, 21B | 20160601 |
| 75 | BMODL, 10B | 20160529 |
| 29 | AMODL, 17B | 20160529 |
| 55 | AMODR, 07B | 20160528 |
| 47 | EMODR, 03B | 20160528 |
| 58 | CMODR, 15B | 20160526 |
| 74 | BMODR, 24B | 20160515 |
| 58 | BMODR, 13B | 20160512 |
| 29 | FMODR, 06B | 20160510 |
| 39 | BMODR, 23B | 20160508 |
| 48 | BMODL, 18B | 20160508 |
| 51 | EMODL, 18B | 20160507 |
| 34 | CMODL, 46B | 20160501 |
| 48 | BMODL, 11B | 20160427 |
| 46 | DMODR, 05B | 20160427 |
| 28 | AMODR, 01B | 20160426 |
| 58 | FMODL, 07B | 20160426 |
| 44 | FMODL, 03B | 20160425 |
| 57 | AMODL, 20B | 20160423 |
| 52 | BMODL, 07B | 20160423 |
| 52 | BMODL, 07B | 20160422 |
| 28 | SEG, 03T | 20160421 |
| 52 | BMODR, 05B | 20160420 |
| 46 | EMODR, 21B | 20160415 |
| 33 | SEG, 07B | 20160414 |
| 47 | BMODL, 15B | 20160413 |
| 73 | BMODL, 21B | 20160413 |
| 47 | CMODL, 19B | 20160409 |
| 47 | EMODR, 04B | 20160407 |
| 39 | BMODR, 23B | 20160330 |
| 49 | CMODR, 13B | 20160326 |
| 51 | DMODL, 07B | 20160324 |
| 62 | AMODL, 04B | 20160323 |
| 78 | DMODR, 20B | 20160323 |

| | | | |
|---|---|---|---|
| 25 | FMODR, 05B | | 20160319 |
| 44 | AMODL, 18B | | 20160314 |
| 50 | FMODL, 24B | | 20160308 |
| 61 | FMODL, 12B | | 20160304 |
| 39 | DMODL, 03B | | 20160303 |
| 53 | CMODL, 16B | | 20160302 |
| 47 | EMODL, 06B | | 20160229 |
| 28 | DMODL, 15B | | 20160223 |
| 55 | FMODL, 06B | | 20160221 |
| 38 | AMODR, 10T | | 20160221 |
| 40 | SEG, 18T | | 20160219 |
| 67 | BMODL, 24B | | 20160218 |
| 38 | DMODL, 09B | | 20160216 |
| 28 | EMODR, 01B | | 20160213 |
| 30 | EMODR, 10B | | 20160211 |
| 66 | DMODL, 04B | | 20160209 |
| 33 | BMODR, 19B | | 20160209 |
| 56 | EMODR, 12B | | 20160207 |
| 47 | FMODL, 09T | | 20160205 |
| 53 | BMODR, 32B | | 20160201 |
| 58 | BMODR, 21B | | 20160131 |
| 48 | DMODL, 01B | | 20160131 |
| 46 | BMODR, 11B | | 20160128 |
| 27 | BMODR, 18B | | 20160126 |
| 43 | EMODR, 24B | | 20160123 |
| 47 | BMODL, 43T | | 20160116 |
| 37 | AMODR, 02B | | 20160116 |
| 57 | BMODR, 15B | | 20160114 |
| 59 | BMODL, 03B | | 20160114 |
| 45 | CMODR, 05B | | 20160109 |
| 54 | AMODL, 06B | | 20160109 |
| 28 | DMODL, 24B | | 20151230 |
| 21 | DMODR, 19T | | 20151226 |
| 54 | AMODL, 23B | | 20151222 |
| 46 | DMODL, 16B | | 20151222 |
| 75 | CMODR, 10B | | 20151220 |
| 56 | DMODR, 17B | | 20151219 |
| 46 | BMODR, 08B | | 20151218 |
| 35 | DMODL, 21B | | 20151216 |
| 27 | BMODR, 18B | | 20151215 |
| 52 | AMODL, 21B | | 20151215 |
| 54 | SEG, 03B | | 20151214 |
| 60 | FMODL, 09B | | 20151210 |
| 52 | EMODR, 06B | | 20151210 |
| 58 | DMODR, 21B | | 20151208 |
| 56 | AMODR, 13B | | 20151207 |
| 46 | BMODR, 18T | | 20151204 |
| 25 | FMODR, 17B | | 20151203 |
| 33 | FMODR, 01B | | 20151130 |
| 39 | FMODL, 19B | | 20151123 |
| 29 | AMODR, 17B | | 20151120 |
| 53 | FMODR, 29B | | 20151119 |
| 40 | AMODL, 11B | | 20151109 |
| 26 | SEG, 12B | | 20151105 |
| 30 | DMODL, 01T | | 20151029 |
| 51 | CMODR, 18B | | 20151029 |
| 65 | DMODL, 42B | | 20151027 |

CONFIDENTIAL

RIDOCSUPP000010

| | | |
|---|---|---|
| 33 | DMODR, 10T | 20151027 |
| 47 | BMODR, 12B | 20151024 |
| 37 | FMODL, 12T | 20151021 |
| 32 | EMODL, 11T | 20151017 |
| 43 | DMODR, 22B | 20151017 |
| 42 | BMODL, 09B | 20151016 |
| 30 | BMODR, 22B | 20151016 |
| 52 | CMODL, 03B | 20151016 |
| 56 | CMODL, 22B | 20151015 |
| 62 | AMODL, 19T | 20151014 |
| 36 | AMODR, 23T | 20151013 |
| 47 | BMODL, 15B | 20151009 |
| 37 | SEG, 08B | 20151008 |
| 46 | CMODR, 30T | 20151008 |
| 58 | FMODL, 11B | 20151006 |
| 47 | EMODR, 04B | 20151005 |
| 31 | FMODL, 35T | 20150930 |
| 41 | DMODL, 05B | 20150930 |
| 38 | CMODR, 20B | 20150930 |
| 28 | SEG, 19B | 20150929 |
| 30 | DMODL, 20B | 20150929 |
| 56 | FMODR, 14B | 20150926 |
| 46 | CMODR, 25B | 20150925 |
| 81 | BMODR, 09B | 20150925 |
| 72 | CMODR, 08B | 20150924 |
| 77 | CMODR, 01B | 20150920 |
| 58 | FMODL, 07B | 20150920 |
| 33 | FMODR, 01B | 20150917 |
| 39 | EMODL, 19B | 20150915 |
| 50 | AMODR, 07T | 20150910 |
| 36 | EMODL, 21B | 20150910 |
| 64 | BMODL, 22B | 20150909 |
| 46 | DMODL, 16B | 20150908 |
| 29 | BMODL, 01B | 20150905 |
| 66 | CMODR, 02B | 20150904 |
| 44 | DMODL, 23T | 20150902 |
| 46 | BMODR, 18T | 20150831 |
| 52 | EMODL, 14T | 20150830 |
| 47 | FMODL, 09T | 20150827 |
| 31 | CMODL, 24T | 20150826 |
| 45 | BMODL, 19B | 20150821 |
| 24 | DMODL, 06B | 20150817 |
| 56 | DMODR, 27B | 20150816 |
| 39 | FMODL, 19B | 20150815 |
| 59 | EMODL, 13B | 20150814 |
| 50 | DMODR, 02B | 20150813 |
| 55 | DMODR, 18B | 20150812 |
| 48 | CMODL, 13T | 20150811 |
| 36 | EMODL, 08B | 20150810 |
| 44 | FMODL, 03B | 20150808 |
| 66 | DMODR, 14B | 20150805 |
| 37 | DMODL, 08B | 20150801 |
| 48 | BMODL, 12B | 20150731 |
| 59 | BMODL, 03B | 20150728 |
| 23 | BMODL, 14B | 20150728 |
| 53 | BMODR, 10B | 20150727 |
| 40 | BMODR, 30T | 20150724 |

| | | |
|---|---|---|
| 39 | EMODL, 02B | 20150723 |
| 57 | BMODR, 15B | 20150721 |
| 48 | DMODR, 01B | 20150721 |
| 33 | AMODL, 09B | 20150716 |
| 57 | AMODL, 06T | 20150716 |
| 56 | AMODL, 13B | 20150715 |
| 54 | AMODR, 21T | 20150711 |
| 59 | BMODR, 16B | 20150710 |
| 60 | BMODL, 23B | 20150709 |
| 33 | FMODR, 01B | 20150630 |
| 41 | DMODL, 05B | 20150630 |
| 54 | AMODL, 06B | 20150630 |
| 30 | DMODL, 01T | 20150627 |
| 37 | FMODL, 13T | 20150625 |
| 39 | EMODR, 09B | 20150624 |
| 46 | BMODR, 08B | 20150610 |
| 75 | BMODL, 10B | 20150609 |
| 73 | BMODL, 04B | 20150602 |
| 63 | CMODR, 19B | 20150601 |
| 28 | EMODL, 24T | 20150529 |
| 29 | AMODL, 26B | 20150528 |
| 49 | EMODL, 04B | 20150527 |
| 34 | CMODL, 14B | 20150527 |
| 45 | FMODL, 20B | 20150522 |
| 48 | BMODL, 18B | 20150520 |
| 53 | EMODL, 01B | 20150516 |
| 21 | DMODR, 19T | 20150516 |
| 61 | DMODR, 08B | 20150515 |
| 54 | SEG, 03B | 20150513 |
| 50 | AMODL, 19B | 20150508 |
| 33 | SEG, 07B | 20150428 |
| 52 | BMODR, 05B | 20150428 |
| 73 | BMODL, 21B | 20150428 |
| 34 | CMODL, 46B | 20150421 |
| 38 | DMODL, 09B | 20150420 |
| 45 | FMODL, 20B | 20150418 |
| 44 | DMODL, 23T | 20150418 |
| 57 | AMODR, 08T | 20150417 |
| 49 | FMODL, 11T | 20150415 |
| 57 | AMODL, 20B | 20150415 |
| 45 | BMODR, 01B | 20150414 |
| 52 | BMODL, 07B | 20150412 |
| 50 | AMODR, 07T | 20150411 |
| 55 | SEG, 20B | 20150411 |
| 48 | BMODL, 11B | 20150409 |
| 46 | EMODR, 21B | 20150408 |
| 43 | FMODR, 21T | 20150406 |
| 41 | FMODL, 19T | 20150326 |
| 53 | CMODL, 16B | 20150325 |
| 41 | BMODL, 17B | 20150324 |
| 20 | CMODL, 06T | 20150317 |
| 30 | EMODL, 20B | 20150316 |
| 28 | AMODR, 01B | 20150314 |
| 49 | CMODR, 13B | 20150312 |
| 39 | DMODL, 03B | 20150311 |
| 60 | BMODL, 02B | 20150303 |
| 59 | EMODL, 13B | 20150226 |

CONFIDENTIAL

| | | |
|---|---|---|
| 66 | SEG, 05B | 20150226 |
| 58 | FMODL, 07B | 20150222 |
| 29 | BMODL, 01B | 20150220 |
| 25 | CMODR, 04T | 20150218 |
| 46 | DMODL, 16B | 20150208 |
| 40 | SEG, 18T | 20150205 |
| 31 | DMODR, 45T | 20150202 |
| 46 | CMODR, 16T | 20150201 |
| 31 | EMODR, 17B | 20150130 |
| 35 | FMODL, 21B | 20150130 |
| 67 | BMODL, 24B | 20150125 |
| 26 | AMODR, 06B | 20150122 |
| 25 | FMODR, 05B | 20150121 |
| 41 | CMODL, 12B | 20150118 |
| 35 | DMODL, 21B | 20150118 |
| 44 | BMODL, 45B | 20150118 |
| 29 | DMODL, 10B | 20150113 |
| 48 | DMODR, 01B | 20150112 |
| 37 | SEG, 08B | 20150109 |
| 33 | BMODR, 22T | 20150105 |
| 22 | FMODR, 19B | 20150103 |
| 55 | SEG, 20B | 20141226 |
| 28 | EMODR, 01B | 20141225 |
| 30 | FMODL, 22T | 20141219 |
| 55 | AMODL, 12B | 20141216 |
| 74 | BMODR, 24B | 20141213 |
| 45 | DMODL, 30B | 20141208 |
| 30 | DMODL, 01T | 20141208 |
| 39 | EMODL, 02B | 20141208 |
| 23 | FMODR, 33T | 20141206 |
| 21 | CMODR, 03T | 20141206 |
| 68 | CMODR, 11B | 20141204 |
| 48 | AMODL, 10B | 20141203 |
| 33 | DMODR, 10T | 20141203 |
| 25 | FMODR, 17B | 20141202 |
| 45 | CMODR, 05B | 20141201 |
| 58 | FMODL, 07B | 20141130 |
| 32 | EMODL, 48B | 20141129 |
| 28 | DMODL, 24B | 20141126 |
| 41 | DMODR, 04B | 20141123 |
| 21 | CMODR, 48T | 20141116 |
| 25 | FMODR, 17B | 20141115 |
| 56 | DMODR, 17B | 20141112 |
| 53 | CMODL, 16B | 20141104 |
| 32 | FMODR, 11B | 20141027 |
| 40 | AMODL, 11B | 20141023 |
| 52 | CMODL, 39B | 20141022 |
| 67 | BMODL, 13B | 20141019 |
| 45 | DMODR, 40B | 20141016 |
| 39 | BMODR, 23B | 20141015 |
| 73 | BMODL, 04B | 20141015 |
| 28 | EMODR, 01B | 20141008 |
| 62 | AMODL, 19T | 20141008 |
| 66 | BMODL, 20B | 20141008 |
| 25 | FMODR, 17B | 20141008 |
| 53 | CMODL, 16B | 20141004 |
| 72 | CMODR, 08B | 20141004 |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 57 | SEG, 04B | | 20141001 |
| 39 | BMODR, 23B | | 20140929 |
| 63 | CMODR, 19B | | 20140928 |
| 71 | BMODR, 17B | | 20140928 |
| 44 | FMODL, 03B | | 20140927 |
| 46 | BMODR, 08B | | 20140923 |
| 47 | BMODL, 15B | | 20140923 |
| 55 | SEG, 20B | | 20140922 |
| 46 | BMODR, 08B | | 20140921 |
| 30 | BMODR, 22B | | 20140920 |
| 36 | FMODR, 48B | | 20140920 |
| 57 | AMODL, 06T | | 20140914 |
| 47 | DMODR, 06B | | 20140911 |
| 54 | BMODL, 16B | | 20140911 |
| 54 | AMODL, 23B | | 20140909 |
| 46 | CMODR, 25B | | 20140903 |
| 53 | BMODR, 32B | | 20140902 |
| 39 | EMODR, 05B | | 20140829 |
| 45 | BMODL, 19B | | 20140828 |
| 35 | CMODL, 10T | | 20140825 |
| 34 | BMODL, 08B | | 20140822 |
| 64 | BMODL, 22B | | 20140820 |
| 45 | DMODR, 40B | | 20140820 |
| 79 | BMODR, 37B | | 20140819 |
| 36 | EMODL, 08B | | 20140816 |
| 69 | BMODL, 06B | | 20140815 |
| 36 | EMODL, 21B | | 20140811 |
| 60 | BMODL, 23B | | 20140806 |
| 48 | BMODL, 12B | | 20140801 |
| 38 | FMODR, 18B | | 20140729 |
| 50 | FMODL, 42B | | 20140728 |
| 27 | AMODL, 26T | | 20140722 |
| 40 | SEG, 18T | | 20140721 |
| 28 | EMODR, 01B | | 20140720 |
| 39 | DMODL, 03B | | 20140718 |
| 28 | SEG, 19B | | 20140717 |
| 39 | FMODL, 19B | | 20140716 |
| 57 | BMODR, 15B | | 20140716 |
| 58 | FMODL, 11B | | 20140715 |
| 52 | BMODR, 39B | | 20140715 |
| 63 | CMODR, 19B | | 20140714 |
| 39 | DMODL, 03B | | 20140712 |
| 51 | EMODR, 18B | | 20140711 |
| 46 | BMODR, 29T | | 20140710 |
| 38 | CMODR, 20B | | 20140708 |
| 24 | FMODR, 20T | | 20140708 |
| 38 | EMODR, 20B | | 20140707 |
| 33 | FMODR, 01B | | 20140707 |
| 58 | EMODL, 07B | | 20140705 |
| 48 | CMODL, 13T | | 20140703 |
| 52 | DMODL, 01B | | 20140630 |
| 41 | SEG, 16B | | 20140628 |
| 72 | AMODL, 15B | | 20140628 |
| 52 | AMODL, 21B | | 20140628 |
| 45 | DMODR, 40B | | 20140624 |
| 38 | EMODR, 33T | | 20140619 |
| 32 | EMODL, 48B | | 20140619 |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 21 | CMODR, 48T | | 20140615 |
| 32 | EMODL, 48B | | 20140614 |
| 66 | EMODR, 42B | | 20140613 |
| 48 | BMODL, 11B | | 20140612 |
| 75 | BMODL, 10B | | 20140612 |
| 34 | BMODL, 08B | | 20140611 |
| 29 | SEG, 02B | | 20140610 |
| 67 | BMODL, 24B | | 20140608 |
| 58 | FMODL, 11B | | 20140607 |
| 38 | EMODL, 20B | | 20140605 |
| 84 | BMODL, 02B | | 20140604 |
| 75 | CMODR, 10B | | 20140604 |
| 53 | EMODL, 01B | | 20140524 |
| 55 | DMODR, 18B | | 20140524 |
| 37 | BMODR, 04B | | 20140520 |
| 37 | DMODL, 08B | | 20140520 |
| 81 | BMODR, 09B | | 20140517 |
| 56 | FMODR, 14B | | 20140516 |
| 52 | FMODR, 02B | | 20140516 |
| 28 | EMODR, 01B | | 20140512 |
| 53 | FMODR, 29B | | 20140511 |
| 52 | FMODR, 24T | | 20140505 |
| 50 | AMODR, 07T | | 20140428 |
| 33 | FMODR, 01B | | 20140421 |

MELISE          STEPHEN        12/23/1971 

| | | | |
|---|---|---|---|
| 44 | BMODL, 03T | 23742 | 20140421 |
| 49 | DMODR, 15T | | 20140419 |
| 59 | BMODL, 03B | | 20140418 |
| 51 | CMODR, 18B | | 20140418 |
| 72 | CMODR, 08B | | 20140416 |
| 41 | CMODR, 12B | | 20140416 |
| 39 | BMODL, 22T | | 20140416 |
| 48 | SEG, 05T | | 20140412 |
| 59 | BMODL, 03B | | 20140410 |
| 44 | FMODL, 03B | | 20140407 |
| 52 | BMODL, 07B | | 20140405 |
| 46 | BMODR, 29T | | 20140404 |
| 51 | DMODL, 07B | | 20140328 |
| 61 | FMODL, 12B | | 20140328 |
| 60 | BMODL, 23B | | 20140325 |
| 29 | AMODL, 26B | | 20140321 |
| 38 | DMODL, 09B | | 20140312 |
| 39 | BMODR, 23B | | 20140311 |
| 50 | AMODL, 19B | | 20140228 |
| 28 | EMODR, 45T | | 20140224 |
| 59 | EMODL, 13B | | 20140223 |
| 58 | CMODR, 15B | | 20140218 |
| 73 | BMODL, 04B | | 20140218 |
| 56 | DMODR, 17B | | 20140215 |
| 54 | BMODR, 16T | | 20140205 |
| 51 | BMODR, 06B | | 20140204 |
| 60 | BMODL, 02B | | 20140202 |
| 48 | AMODL, 10B | | 20140128 |
| 29 | BMODL, 01B | | 20140126 |
| 34 | CMODL, 05B | | 20140122 |
| 28 | SEG, 03T | | 20140122 |
| 57 | AMODL, 20B | | 20140110 |
| 39 | FMODL, 19B | | 20140107 |

CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 51 | AMODL, 05B | | 20140106 |
| | | | 40 | EMODR, 34T | | 20140103 |
| | | | 38 | EMODR, 33T | | 20140102 |
| | | | 25 | CMODR, 04T | | 20140101 |
| | | | 28 | EMODR, 45T | | 20131220 |
| | | | 52 | FMODL, 14B | | 20131214 |
| | | | 41 | BMODL, 17B | | 20131213 |
| | | | 67 | BMODL, 13B | | 20131211 |
| | | | 23 | DMODL, 15T | | 20131205 |
| | | | 38 | EMODL, 10T | | 20131204 |
| | | | 53 | BMODL, 10B | | 20131203 |
| | | | 23 | DMODR, 01T | | 20131129 |
| | | | 49 | CMODR, 13B | | 20131117 |
| | | | 38 | EMODR, 20B | | 20131116 |
| | | | 28 | EMODR, 45T | | 20131113 |
| | | | 63 | CMODR, 19B | | 20131030 |
| | | | 62 | AMODL, 19T | | 20131019 |
| | | | 84 | BMODR, 02B | | 20131017 |
| | | | 56 | AMODL, 13B | | 20131017 |
| | | | 47 | EMODR, 04B | | 20131017 |
| | | | 53 | BMODR, 32B | | 20131015 |
| | | | 57 | AMODL, 20B | | 20131015 |
| | | | 66 | BMODR, 20B | | 20131015 |
| MELISE | STEPHEN | 12/23/1971 | 44 | BMODL, 03T | 23742 | 20131013 |
| | | | 32 | EMODL, 46T | | 20131013 |
| | | | 49 | BMODR, 15T | | 20131010 |
| | | | 49 | DMODR, 15T | | 20131001 |
| | | | 34 | DMODR, 24T | | 20130928 |
| | | | 46 | EMODR, 21B | | 20130927 |
| | | | 30 | BMODR, 22B | | 20130925 |
| | | | 32 | CMODL, 24B | | 20130914 |
| | | | 42 | AMODL, 20B | | 20130913 |
| | | | 48 | CMODL, 13T | | 20130911 |
| | | | 54 | BMODL, 16B | | 20130911 |
| | | | 28 | EMODR, 45T | | 20130907 |
| | | | 50 | FMODL, 42B | | 20130906 |
| | | | 41 | SEG, 16B | | 20130906 |
| | | | 72 | AMODL, 15B | | 20130906 |
| | | | 52 | AMODL, 21B | | 20130906 |
| | | | 74 | BMODL, 24B | | 20130905 |
| | | | 52 | FMODR, 02B | | 20130905 |
| | | | 77 | CMODR, 01B | | 20130905 |
| | | | 71 | BMODL, 17B | | 20130904 |
| | | | 33 | DMODL, 20T | | 20130904 |
| | | | 73 | BMODL, 21B | | 20130901 |
| | | | 53 | CMODL, 16B | | 20130830 |
| | | | 32 | EMODL, 46T | | 20130824 |
| | | | 29 | EMODR, 47T | | 20130824 |
| | | | 44 | AMODL, 24T | | 20130824 |
| | | | 28 | AMODR, 01B | | 20130823 |
| | | | 48 | BMODL, 12B | | 20130816 |
| | | | 47 | FMODR, 33B | | 20130815 |
| | | | 47 | EMODR, 03B | | 20130812 |
| | | | 26 | CMODR, 31B | | 20130811 |
| | | | 66 | BMODL, 20B | | 20130808 |
| | | | 30 | EMODL, 20B | | 20130730 |
| | | | 52 | FMODR, 24B | | 20130724 |

CONFIDENTIAL

| | | |
|---|---|---|
| 67 | BMODR, 07B | 20130723 |
| 30 | EMODL, 20B | 20130718 |
| 40 | SEG, 18T | 20130713 |
| 45 | DMODR, 40B | 20130712 |
| 75 | CMODR, 10B | 20130710 |
| 69 | BMODL, 06B | 20130709 |
| 55 | SEG, 20B | 20130705 |
| 63 | CMODR, 19B | 20130629 |
| 58 | EMODL, 07B | 20130614 |
| 28 | DMODL, 15B | 20130614 |
| 66 | DMODR, 14B | 20130611 |
| 46 | BMODR, 18T | 20130611 |
| 66 | EMODR, 42B | 20130610 |
| 66 | CMODR, 02B | 20130608 |
| 75 | BMODL, 10B | 20130606 |
| 67 | BMODL, 24B | 20130606 |
| 53 | EMODL, 01B | 20130601 |
| 55 | EMODR, 26T | 20130530 |
| 54 | AMODR, 23B | 20130513 |
| 43 | EMODR, 24B | 20130511 |
| 60 | BMODL, 23B | 20130509 |
| 30 | EMODL, 20B | 20130508 |
| 55 | SEG, 20B | 20130503 |
| 45 | DMODR, 40B | 20130501 |
| 46 | BMODR, 29T | 20130423 |
| 72 | CMODR, 08B | 20130419 |
| 67 | BMODR, 07B | 20130414 |
| 43 | DMODR, 47B | 20130412 |
| 52 | BMODL, 07B | 20130402 |
| 53 | BMODR, 32B | 20130321 |
| 40 | SEG, 18T | 20130321 |
| 54 | AMODL, 06B | 20130312 |
| 50 | AMODL, 19B | 20130309 |
| 32 | FMODR, 11B | 20130308 |
| 48 | BMODL, 12B | 20130307 |
| 34 | BMODL, 08B | 20130305 |
| 52 | CMODL, 03B | 20130305 |
| 39 | FMODL, 19B | 20130228 |
| 48 | DMODR, 01B | 20130216 |
| 33 | FMODR, 01B | 20130208 |
| 52 | EMODL, 14T | 20130125 |
| 34 | BMODR, 27T | 20130117 |
| 30 | FMODL, 18B | 20130112 |
| 33 | DMODL, 20T | 20130104 |
| 27 | SEG, 02T | 20121217 |
| 51 | CMODR, 18B | 20121210 |
| 35 | FMODL, 21B | 20121201 |
| 48 | BMODL, 18B | 20121126 |
| 58 | FMODL, 07B | 20121124 |
| 57 | BMODR, 15B | 20121120 |
| 53 | EMODL, 01B | 20121118 |
| 59 | BMODR, 25B | 20121108 |
| 25 | FMODR, 19T | 20121105 |
| 49 | CMODR, 13B | 20121105 |
| 28 | DMODL, 15B | 20121104 |
| 58 | FMODL, 07B | 20121029 |
| 45 | EMODL, 47B | 20121025 |

CONFIDENTIAL

| | | |
|---|---|---|
| 53 | AMODL, 39 | 20121018 |
| 52 | BMODR, 24T | 20121017 |
| 43 | EMODR, 24B | 20121012 |
| 51 | DMODR, 32B | 20121011 |
| 58 | FMODL, 07B | 20120929 |
| 58 | CMODR, 17B | 20120922 |
| 25 | FMODR, 17B | 20120921 |
| 40 | AMODL, 10T | 20120912 |
| 60 | BMODL, 14B | 20120823 |
| 72 | CMODR, 08B | 20120817 |
| 49 | AMODR, 21B | 20120812 |
| 60 | BMODL, 02B | 20120811 |
| 71 | BMODR, 17B | 20120810 |
| 30 | DMODR, 36B | 20120801 |
| 28 | SEG, 19B | 20120728 |
| 69 | BMODL, 06B | 20120725 |
| 67 | BMODR, 07B | 20120717 |
| 61 | FMODL, 12B | 20120712 |
| 72 | AMODL, 15B | 20120711 |
| 52 | AMODL, 21B | 20120711 |
| 30 | EMODR, 20B | 20120711 |
| 34 | CMODL, 46B | 20120707 |
| 66 | CMODR, 02B | 20120705 |
| 46 | BMODR, 18T | 20120703 |
| 75 | BMODL, 10B | 20120627 |
| 52 | FMODR, 24B | 20120627 |
| 46 | BMODL, 19T | 20120624 |
| 51 | BMODL, 47B | 20120622 |
| 26 | EMODR, 02T | 20120619 |
| 60 | BMODL, 23B | 20120616 |
| 66 | DMODR, 14B | 20120614 |
| 28 | DMODL, 15B | 20120614 |
| 50 | AMODR, 07T | 20120612 |
| 53 | EMODL, 01B | 20120529 |
| 58 | CMODL, 15B | 20120520 |
| 81 | BMODR, 09B | 20120509 |
| 40 | SEG, 18T | 20120428 |
| 46 | EMODR, 21B | 20120428 |
| 56 | DMODR, 27B | 20120425 |
| 46 | DMODR, 05B | 20120420 |
| 27 | SEG, 02T | 20120420 |
| 45 | DMODR, 40B | 20120417 |
| 46 | BMODR, 18T | 20120406 |
| 37 | EMODL, 34B | 20120329 |
| 49 | DMODR, 15T | 20120308 |
| 57 | AMODL, 20B | 20120229 |
| 40 | SEG, 18T | 20120218 |
| 40 | SEG, 18T | 20120218 |
| 45 | EMODR, 08T | 20120216 |
| 69 | BMODR, 41B | 20120216 |
| 45 | BMODR, 48B | 20120216 |
| 74 | BMODR, 24B | 20120212 |
| 67 | BMODL, 24B | 20120211 |
| 41 | AMODL, 34 | 20120117 |
| 57 | CMODL, 33B | 20120113 |
| 46 | BMODR, 18T | 20120113 |
| 55 | DMODR, 18B | 20120112 |

RIDOCSUPP000018

| | | |
|---|---|---|
| 77 | CMODR, 01B | 20120112 |
| 45 | DMODR, 40B | 20120103 |
| 31 | DMODR, 45T | 20120101 |
| 54 | SEG, 03B | 20111227 |
| 25 | CMODR, 04T | 20111223 |
| 52 | FMODR, 02B | 20111221 |
| 43 | DMODR, 47B | 20111220 |
| 43 | DMODR, 22B | 20111213 |
| 46 | BMODR, 29T | 20111210 |
| 51 | BMODL, 47B | 20111208 |
| 47 | CMODL, 19B | 20111129 |
| 66 | CMODR, 02B | 20111128 |
| 52 | BMODR, 24T | 20111126 |
| 46 | BMODR, 18T | 20111121 |
| 58 | BMODR, 13B | 20111117 |
| 32 | DMODR, 48T | 20111111 |
| 55 | DMODR, 18B | 20111103 |
| 34 | CMODL, 43T | 20111025 |
| 57 | CMODL, 33B | 20111020 |
| 43 | DMODR, 22B | 20111012 |
| 52 | BMODL, 07B | 20111011 |
| 51 | CMODR, 13T | 20111006 |
| 52 | FMODR, 24B | 20111001 |
| 47 | DMODR, 06B | 20110930 |
| 39 | EMODL, 19B | 20110928 |
| 36 | DMODL, 14T | 20110923 |
| 41 | AMODR, 34 | 20110923 |
| 25 | FMODR, 17B | 20110910 |
| 46 | FMODL, 18T | 20110907 |
| 41 | SEG, 16B | 20110903 |
| 58 | BMODR, 21B | 20110903 |
| 45 | DMODR, 40B | 20110903 |
| 55 | EMODR, 26T | 20110804 |
| 46 | FMODL, 07T | 20110801 |
| 44 | FMODL, 03B | 20110711 |
| 38 | DMODL, 09B | 20110622 |
| 41 | SEG, 16B | 20110611 |
| 48 | CMODL, 13T | 20110530 |
| 27 | SEG, 02T | 20110530 |
| 34 | CMODL, 43T | 20110528 |
| 49 | AMODR, 29B | 20110518 |
| 46 | BMODL, 19T | 20110510 |
| 60 | BMODL, 23B | 20110509 |
| 48 | CMODL, 13T | 20110423 |
| 57 | AMODR, 17T | 20110423 |
| 33 | CMODR, 19T | 20110419 |
| 39 | EMODL, 19B | 20110413 |
| 55 | BMODR, 09T | 20110406 |
| 38 | DMODR, 25B | 20110227 |
| 39 | EMODL, 19B | 20110224 |
| 47 | EMODR, 22B | 20101229 |
| 50 | EMODL, 45B | 20101227 |
| 35 | FMODL, 21B | 20101102 |
| 45 | FMODR, 28B | |
| 75 | CMODR, 10B | |
| 38 | FMODR, 18B | |
| 52 | BMODR, 39B | |

CONFIDENTIAL



| | |
|---|---|
| 29 | BMODL, 01B |
| 44 | FMODL, 03B |
| 46 | BMODR, 29T |
| 56 | AMODL, 13B |
| 73 | BMODL, 04B |
| 37 | SEG, 08B |
| 59 | BMODL, 03B |
| 48 | DMODR, 21T |
| 54 | AMODL, 06B |
| 54 | AMODL, 06B |
| 39 | DMODL, 03B |
| 31 | DMODR, 45T |
| 39 | EMODR, 09B |
| 25 | CMODR, 04T |
| 40 | AMODL, 11B |
| 46 | BMODR, 18T |
| 41 | DMODR, 04B |
| 36 | FMODL, 16B |

TOTAL (698)

CONFIDENTIAL

| | Addr 2 | RecurEndDate | order |
|---|---|---|---|
| 1 | AMODL, 01B | 20171024 | Bottom bunk |
| 2 | AMODL, 02B | 20170713 | Bottom bunk |
| 3 | AMODL, 04B | 20170704 | Bottom bunk |
| 4 | AMODL, 05B | 20171208 | Bottom bunk |
| 5 | AMODL, 06B | 20180215 | Bottom bunk |
| 6 | AMODL, 07B | 20180301 | Bottom bunk |
| 7 | AMODL, 10B | 20180607 | Bottom bunk |
| 8 | AMODL, 11B | 20180109 | Bottom bunk |
| 9 | AMODL, 12B | 20180413 | Bottom bunk |
| 10 | AMODL, 15B | 20180119 | Bottom bunk |
| 11 | AMODL, 18B | 20180228 | Bottom bunk |
| 12 | AMODL, 20B | 20180416 | Bottom bunk |
| 13 | AMODL, 22B | 20171013 | Bottom bunk |
| 14 | AMODR, 09B | 20171017 | Bottom bunk |
| 15 | AMODR, 10B | 20171128 | Bottom bunk |
| 16 | AMODR, 14B | 20180403 | Bottom bunk |
| 17 | AMODR, 14T | 20171122 | Bottom bunk |
| 18 | AMODR, 23B | 20170808 | Bottom bunk |
| 19 | BMODL, 01B | 20171214 | Bottom bunk |
| 20 | BMODL, 03B | 20171212 | Bottom bunk |
| 21 | BMODL, 07B | 20180426 | Bottom bunk |
| 22 | BMODL, 08B | 20180416 | Bottom bunk |
| 23 | BMODL, 10B | 20171122 | Bottom bunk |
| 24 | BMODL, 11B | 20180209 | Bottom bunk |
| 25 | BMODL, 13B | 20171011 | Bottom bunk |
| 26 | BMODL, 15B | 20180420 | Bottom bunk |
| 27 | BMODL, 17B | 20171012 | Bottom bunk |
| 28 | BMODL, 18B | 20171128 | Bottom bunk |
| 29 | BMODL, 20B | 20180127 | Bottom bunk |
| 30 | BMODL, 21B | 20180417 | Bottom bunk |
| 31 | BMODL, 23B | 20170926 | Bottom bunk |
| 32 | BMODL, 24B | 20180308 | Bottom bunk |
| 33 | BMODR, 02B | 20180119 | Bottom bunk |
| 34 | BMODR, 03B | 20180405 | Bottom bunk |
| 35 | BMODR, 05B | 20180410 | Bottom bunk |
| 36 | BMODR, 06B | 20180218 | Bottom bunk |
| 37 | BMODR, 07B | 20180125 | Bottom bunk |
| 38 | BMODR, 09B | 20171228 | Bottom bunk |
| 39 | BMODR, 10B | 20171204 | Bottom bunk |
| 40 | BMODR, 11B | 20170609 | Bottom bunk |

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 41 | ███████ | ███████ | ███████ | BMODR, 12B | 20180122 | Bottom bunk |
| 42 | MELISE | STEPHEN | 12/23/1971 | BMODR, 13B | 20180607 | Bottom bunk |
| 43 | | | | BMODR, 16B | 20180504 | Bottom bunk |
| 44 | | | | BMODR, 17B | 20171101 | Bottom bunk |
| 45 | | | | BMODR, 19B | 20180308 | Bottom bunk |
| 46 | | | | BMODR, 21B | 20170923 | Bottom bunk |
| 47 | | | | BMODR, 22B | 20170719 | Bottom bunk |
| 48 | | | | BMODR, 23B | 20180110 | Bottom bunk |
| 49 | | | | BMODR, 24B | 20171101 | Bottom bunk |
| 50 | | | | BMODR, 28B | 20171017 | Bottom bunk |
| 51 | | | | CMODL, 01B | 20180608 | Bottom bunk |
| 52 | | | | CMODL, 04B | 20180307 | Bottom bunk |
| 53 | | | | CMODL, 07B | 20180214 | Bottom bunk |
| 54 | | | | CMODL, 10B | 20180405 | Bottom bunk |
| 55 | | | | CMODL, 12B | 20171205 | Bottom bunk |
| 56 | | | | CMODL, 13B | 20170608 | Bottom bunk |
| 57 | | | | CMODL, 14B | 20170928 | Bottom bunk |
| 58 | | | | CMODL, 18B | 20171201 | Bottom bunk |
| 59 | | | | CMODL, 19B | 20180306 | bottom bunk |
| 60 | | | | CMODL, 20B | 20180420 | Bottom bunk |
| 61 | | | | CMODR, 01B | 20170616 | Bottom bunk |
| 62 | | | | CMODR, 02B | 20170927 | Bottom bunk |
| 63 | | | | CMODR, 02T | 20180324 | Bottom bunk |
| 64 | | | | CMODR, 03B | 20171012 | Bottom bunk |
| 65 | | | | CMODR, 04B | 20170816 | Bottom bunk |
| 66 | | | | CMODR, 06B | 20180411 | Bottom bunk |
| 67 | | | | CMODR, 11B | 20180123 | Bottom bunk |
| 68 | | | | CMODR, 13B | 20170926 | Bottom bunk |
| 69 | | | | CMODR, 15B | 20171129 | Bottom bunk |
| 70 | | | | CMODR, 16B | 20170817 | Bottom bunk |
| 71 | | | | CMODR, 17B | 20180504 | Bottom bunk |
| 72 | | | | CMODR, 21B | 20171028 | Bottom bunk |
| 73 | | | | CMODR, 22B | 20180222 | Bottom bunk |
| 74 | | | | CMODR, 23B | 20170930 | Bottom bunk |
| 75 | | | | CMODR, 24B | 20171215 | Bottom bunk |
| 76 | | | | CMODR, 30T | 20171211 | Bottom bunk |
| 77 | | | | CMODR, 33T | 20170815 | Bottom bunk |
| 78 | | | | CMODR, 43T | 20181002 | Bottom bunk |
| 79 | | | | DMODL, 01B | 20180224 | Bottom bunk |
| 80 | | | | DMODL, 02B | 20171104 | Bottom bunk |
| 81 | | | | DMODL, 06B | 20171118 | Bottom bunk |
| 82 | | | | DMODL, 09B | 20180407 | Bottom bunk |
| 83 | | | | DMODL, 12B | 20170710 | Bottom bunk |
| 84 | | | | DMODL, 16B | 20171212 | Bottom bunk |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 85 | DMODL, 17T | 20171206 | Bottom bunk |
| 86 | DMODL, 19B | 20170923 | Bottom bunk |
| 87 | DMODL, 21B | 20180327 | Bottom bunk |
| 88 | DMODL, 24B | 20171018 | Bottom bunk |
| 89 | DMODL, 31B | 20170716 | Bottom bunk |
| 90 | DMODL, 48B | 20180328 | Bottom bunk |
| 91 | DMODR, 07B | 20170828 | Bottom bunk |
| 92 | DMODR, 09B | 20170620 | Bottom bunk |
| 93 | DMODR, 10B | 20180424 | Bottom bunk |
| 94 | DMODR, 12B | 20171101 | Bottom bunk |
| 95 | DMODR, 15B | 20171019 | Bottom bunk |
| 96 | DMODR, 17B | 20171102 | Bottom bunk |
| 97 | DMODR, 18B | 20171201 | Bottom bunk |
| 98 | DMODR, 20B | 20170616 | Bottom bunk |
| 99 | DMODR, 22B | 20171210 | Bottom bunk |
| 100 | DMODR, 23B | 20180322 | Bottom bunk |
| 101 | DMODR, 29B | 20180607 | bottom bunk |
| 102 | DMODR, 32B | 20171213 | Bottom bunk |
| 103 | EMODL, 03B | 20170901 | Bottom bunk |
| 104 | EMODL, 05B | 20180119 | Bottom bunk |
| 105 | EMODL, 06B | 20180123 | Bottom bunk |
| 106 | EMODL, 09B | 20180410 | Bottom bunk |
| 107 | EMODL, 10B | 20171024 | Bottom bunk |
| 108 | EMODL, 11B | 20180130 | Bottom bunk |
| 109 | EMODL, 16B | 20171201 | bottom bunk |
| 110 | EMODL, 18B | 20171026 | Bottom bunk |
| 111 | EMODL, 19B | 20180403 | Bottom bunk |
| 112 | EMODL, 22B | 20170620 | Bottom bunk |
| 113 | EMODL, 24B | 20180117 | Bottom bunk |
| 114 | EMODL, 36T | 20170913 | Bottom bunk |
| 115 | EMODR, 01B | 20171130 | Bottom bunk |
| 116 | EMODR, 02B | 20170815 | Bottom bunk |
| 117 | EMODR, 05B | 20180607 | Bottom bunk |
| 118 | EMODR, 09B | 20180517 | Bottom bunk |
| 119 | EMODR, 10B | 20170930 | Bottom bunk |
| 120 | EMODR, 12B | 20171221 | Bottom bunk |
| 121 | EMODR, 14B | 20171212 | Bottom bunk |
| 122 | EMODR, 16B | 20180418 | Bottom bunk |
| 123 | EMODR, 17B | 20171225 | Bottom bunk |
| 124 | EMODR, 18B | 20171007 | Bottom bunk |
| 125 | EMODR, 21B | 20180410 | Bottom bunk |
| 126 | EMODR, 24B | 20180327 | Bottom bunk |
| 127 | FMODL, 04B | 20171024 | Bottom bunk |
| 128 | FMODL, 05T | 20171212 | Bottom bunk |

| | | | |
|---|---|---|---|
| 129 | FMODL, 09B | 20180128 | Bottom bunk |
| 130 | FMODL, 11B | 20180328 | Bottom bunk |
| 131 | FMODL, 14B | 20171228 | Bottom bunk |
| 132 | FMODL, 20B | 20170803 | Bottom bunk |
| 133 | FMODL, 21B | 20171107 | Bottom bunk |
| 134 | FMODR, 01B | 20170831 | Bottom bunk |
| 135 | FMODR, 02B | 20180327 | Bottom bunk |
| 136 | FMODR, 02T | 20170923 | Bottom bunk |
| 137 | FMODR, 03B | 20170801 | bottom bunk |
| 138 | FMODR, 04B | 20170815 | Bottom bunk |
| 139 | FMODR, 19B | 20171121 | Bottom bunk |
| 140 | FMODR, 20B | 20170721 | Bottom bunk |
| 141 | FMODR, 24B | 20171219 | Bottom bunk |
| 142 | FMODR, 44B | 20170920 | Bottom bunk |
| 143 | SEG, 01B | 20180220 | Bottom bunk |
| 144 | SEG, 19B | 20170923 | Bottom bunk |
| 145 | SEG, 23B | 20180308 | Bottom bunk |
| MED | | | |

CONFIDENTIAL