# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STEPHEN MELISE,** | : | |
|     **Plaintiff** | : | |
| | : | |
| **v.** | : | C.A. No.: 1:17-cv-00490-MSM-PAS |
| | : | |
| **COYNE-FAGUE, et al.** | : | |
|     **Defendants** | : | |

### PLAINTIFF'S OBJECTION TO STATE DEFENDANTS' MOTION FOR A STAY

    Plaintiff hereby objects to State Defendants' Motion for a Stay and moves this Court to deny Defendants' Motion for the reasons set forth in Plaintiff's Memorandum in Support of His Objection to State Defendants' Motion for a Stay and in Support of His Motion For Sanctions filed simultaneously herewith.

    WHEREFORE, Plaintiff respectfully prays that this Court deny Defendants' Motion for a Stay.

                                                                          Plaintiff,
                                                                          By his attorney,

**Dated: July 28, 2020**                                        /s/ **Chloe A. Davis**_____
                                                                      **Chloe A. Davis, Esq**. Bar No. 9334
                                                                      Sinapi Law Associates, Ltd.
                                                                      2374 Post Road, Suite 201
                                                                      Warwick, RI 02886
                                                                      Phone: (401) 739-9690
                                                                      Email cad@sinapilaw.com

## **CERTIFICATION**

Jeffrey G. Latham, Esquire
Christine A. Stowell, Esquire
Tate & Latham
40 Westminster Street, Suite 350
Providence, RI 02903
(401) 421-7400
jlatham@tatelawri.com
cstowell@tatelawri.com

Justin J. Sullivan, Esquire
Lauren E. Hill, Esquire
Department of the Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
jjsullivan@riag.ri.gov
lhill@riag.gov

I hereby certify that on **July 28, 2020**, a true copy of the within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System. Service on the counsel of record listed above has been effectuated by electronic means.

/s/ **Chloe A. Davis**_____