UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STEPHAN MELISE,** | : | |
|     **Plaintiff** | : | |
| | : | |
| **v.** | : | C.A. No.: 1:17-cv-00490-MSM-PAS |
| | : | |
| **COYNE-FAGUE, et al.** | : | |
|     **Defendants** | : | |

## ORDER

This matter was scheduled for conference on the **23rd** day of **June, 2021** before the **Honorable Judge McElroy** presiding, and it is hereby:

### ORDERED, ADJUDGED and DECREED

1. That Defendant Rhode Island Department of Corrections (RIDOC) shall have thirty (30) days, up to and including July 23, 2021 to produce responses to Plaintiff's Second Set of Requests for Production of Documents to RIDOC, Request No. 8; specifically, Defendants shall produce all special needs requests for bottom bunk assignments submitted by medical staff to the Deputy Warden of the Medium Security facility, including all responses from the Deputy Warden, between October 5, 2015 and November 11, 2016, on behalf of inmates listed in previously produced documents RIDOCSUPP000002-000024.

2. That Defendant RIDOC shall redact any and all personal identifying information in the responsive documents prior to production.

3. That if Defendant RIDOC fails to produce all responsive documents identified above by the deadline of July 23, 2021, the Court will impose sanctions on Defendant RIDOC to be determined at the appropriate time.

4. That pretrial deadlines will be extended as follows: factual discovery to close 9/1/2021; Plaintiff Expert Disclosures shall be made by 10/1/2021; Defendant Expert Disclosures shall be made by 11/1/2021; Expert Discovery to close by 12/1/2021; and Dispositive Motions due by 1/10/2021.

    ENTERED as an Order of this Court on the __1__ day of _____July_____, 2021.

**IT IS SO ORDERED:**

_/s/ Mary S. McElroy_
**Hon. Mary S. McElroy**
**United States District Judge**

Respectfully Submitted,

| | |
|---|---|
| Plaintiff, | State Defendants |
| By his attorney, | By their attorney, |
| /s/ **Chloe A. Davis**_____ | **/s/ Justin J. Sullivan**_____ |
| **Chloe A. Davis, Esq**. Bar No. 9334 | Justin J. Sullivan, Esq. (#9770) |
| Sinapi Law Associates, Ltd. | RI Office of Attorney General |
| 2374 Post Road, Suite 201, | 150 S. Main Street, |
| Warwick, RI 02886 | Providence RI 02903 |
| Phone: (401) 739-9690 | (401) 274-4400 |
| Email cad@sinapilaw.com | jjsullivan@riag.ri.gov |

## **CERTIFICATION**

Jeffrey G. Latham, Esquire
Christine A. Stowell, Esquire
Tate & Latham
jlatham@tatelawri.com
cstowell@tatelawri.com

Justin J. Sullivan, Esquire
Department of the Attorney General
State of Rhode Island
jjsullivan@riag.ri.gov

I hereby certify that on **June 25, 20121** a true copy of the within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System. Service on the counsel of record listed above has been effectuated by electronic means.

/s/ **Chloe A. Davis**_____