UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEPHAN MELISE, : | |
|     Plaintiff : | |
| : | |
| v. : | C.A. No.: 1:17-cv-00490-MSM-PAS |
| : | |
| COYNE-FAGUE, et al. : | |
|     Defendants : | |

## ORDER

This matter was scheduled and presented for conference occurring on the **24th** day of **August, 2021** before the **Honorable Judge McElroy** presiding, and it is hereby:

### ORDERED, ADJUDGED and DECREED

1. That Defendant Rhode Island Department of Corrections (RIDOC) shall have fourteen (14) days, up to and including September 7, 2021 to reproduce responses to Plaintiff's Second Set of Requests for Production of Documents to RIDOC, Request No. 8, Bates Stamped RIDOC0050BB-RIDOC1245BB and First Set of Requests for Production of Documents in RIDOC, Request No. 11, Bates Stamped RIDOCSUPP000002-24 with John Doe designations to identify all special needs requests for bottom bunk assignments associated with each individual inmate.

2. That pretrial deadlines will be extended as follows: factual discovery to close 10/22/2021; Plaintiff Expert Disclosures shall be made by 11/22/2021; Defendant Expert Disclosures shall be made by 12/22/2021; Expert Discovery to close by 1/21/2021; and Dispositive Motions due by 2/21/2021.

    **ENTERED** as an Order of this Court on the  1st  day of      September      , 2021.

**IT IS SO ORDERED:**

*/s/ Mary S. McElroy*

**Hon. Mary S. McElroy**
**United States District Judge**