UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **STEPHEN MELISE**,<br>    *Plaintiff*<br><br>v.<br><br>**PATRICIA COYNE-FAGUE,** in her official capacity as Director of the **DEPARTMENT OF CORRECTIONS**; **et al.**,<br>    *Defendants* | C.A. No. 1:17-cv-00490-JJM-PAS<br><br>JURY TRIAL DEMANDED |

## RIDOC'S MOTION FOR ENLARGEMENT OF TIME

**NOW COMES** Defendants the State of Rhode Island, Department of Corrections ("RIDOC"); Patricia A. Coyne-Fague, in her official capacity as Director of RIDOC ("Coyne-Fague"); Ashbel T. Wall, individually and in his official capacity as Director of RIDOC ("A.T. Wall"); and Kerri McCaughey, individually and in her official capacity as Deputy Warden of RIDOC ("McCaughey") (collectively, "RIDOC Defendants" or the "State") and respectfully requests a ten (10) day extension, up to and including Monday, January 31, 2022, to respond to Plaintiff's Motion to Compel (ECF 83). As reasons therefore, RIDOC Defendants assert that the previous and current Executive Orders and State Employee health and safety directives concerning the COVID-19 emergency have created significant hurdles and delays in complying with the Court's Order. Additionally, the undersigned represents that such an extension is further necessary because of professional obligations in other matters pending in federal and state courts. This is RIDOC Defendants' first request for an extension of time with respect to Plaintiff's Motion to Compel (ECF 83).

**WHEREFORE**, RIDOC Defendants respectfully request that this Honorable Court grant the instant Motion.

Respectfully Submitted,

RIDOC DEFENDANTS,
By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Justin J. Sullivan*

Justin J. Sullivan (#9770)
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
150 South Main St. Providence, RI 02903
Tel: (401) 274-4400 | Ext. 2007
Fax: (401) 222-2995
jjsullivan@riag.ri.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the within document has been electronically filed with the Court through the ECF system on January 20, 2022 and that it is available for viewing and downloading. I also caused a true and accurate copy of the within document to be served through the ECF system on the following:

*Counsel for Plaintiff*
Chloe A. Davis, Esq.
cad@sinapilaw.com

*Counsel for Defendants Fred Vohr and Jennifer Clarke*
Jeffrey G. Latham, Esq.
jlatham@tatelawri.com
Christine A. Stowell, Esq.
cstowell@tatelawri.com

*/s/ Justin J. Sullivan*