UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEPHEN MELISE,<br>         Plaintiff | :<br>:<br>: |
| v. | :     C.A. No.: 1:17-cv-00490-MSM-PAS |
| | : |
| COYNE-FAGUE, et al.<br>         Defendants | :<br>: |

**PLAINTIFF'S RECORD APPENDIX IN SUPPORT OF HIS
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Now comes the Plaintiff, Stephan Melise, in the above-described matter and does hereby submit the within Record Appendix in support of his Motion for Partial Summary Judgment.

| **Exhibit** | **Description** |
|---|---|
| A. | Deposition of Stephan Melise ("Melise Dep."), June 26, 2019 |
| B. | Stephan Melise Medical Records, Filed Under Seal |
| C. | Inmate Event History - Bunk Assignments |
| D. | Deposition of Christopher Salas ("Salas Dep."), July 23, 2019 |
| E. | Special Needs Orders |
| F. | Deposition of Marianne Warren ("Warren Dep."), September 29, 2021 |
| G. | Deposition of Jennifer Clarke ("Clarke Dep."), November 12, 2021 |
| H. | Deposition of Kerri McCaughey ("McCaughey Dep."), July 12, 2019 |
| I. | DOC's Responses to Plaintiff's First Set of Admissions ("DOC Answers to RFAs") |
| J. | Deposition of James Weeden ("Weeden Dep."), September 5, 2018 |
| K. | September 19, 2016 Email and Letter to Dr. Clarke, dated September 18, 2016 ("Letter to Dr. Clarke") |
| L. | Excerpt from Stephen Melise Audit Report, September 19, 2016 ("Audit Report") |
| M. | Incident Report and Log Book dated November 11, 2016 ("Incident Report") |

| | |
|---|---|
| N. | Rhode Island Hospital Records |
| O. | Deposition of Fred Vohr ("Vohr Dep."), February 25, 2022 |
| P. | Vohr Personnel File |
| Q. | Defendant Jennifer Clarke's Responses to Requests for Admissions ("Clarke Answers to RFAs") |
| R. | Defendant Fred Vohr's Responses to Requests for Admissions ("Vohr Answers to RFAs") |
| S. | DOC Policy 18.22: Inmates and Visitors with Special Needs |
| T. | DOC Policy 18-01-3: Responsible Authority/Medical Autonomy |
| U. | Triage Meeting Minutes, Filed Under Seal |
| V. | Inmate John Doe 5 Special Needs Medical Order |
| W. | Inmate John Doe 202 Special Needs Order |
| X. | Emails Regarding Nurse Warren, RIDOCRFPA30002-30 |
| Y. | Inmate John Doe 37 Special Needs Orders |
| Z. | Inmate John Doe 45 Special Needs Orders |
| AA. | Physician/Practitioner Meeting Minutes, Filed Under Seal |
| BB. | DOC Organization Chart |
| CC. | Lists of Inmates with Approved Medical Bottom Bunk Orders ("Bottom Bunk Order Lists"), RIDOC001319BB-1338BB |
| DD. | Email from DeSousarosa to Weeden, June 21, 2017 |
| EE. | Inmate John Doe 51 Special Needs Orders and Medical Records |
| FF. | Inmate John Doe 7 Special Needs Orders and Medical Records |
| GG. | Inmate John Doe 20 Special Needs Order |
| HH. | Inmate John Doe 6 Special Needs Orders and Medical Records |

| | |
|---|---|
| II. | Executive Staff Meeting Minutes, September 22, 2015 |
| JJ. | DOC Answers to Plaintiff's Second Set of Interrogatories |

                                              Plaintiff,
                                              By his attorneys,

**Date: September 26, 2022**                 /s/ Richard A. Sinapi
                                              **Richard A. Sinapi, Esq. (#2977)**
                                              **Chloe A. Davis, Esq. (#9334)**
                                              Sinapi Law Associates, Ltd.
                                              2374 Post Road, Suite 201
                                              Warwick, RI 02886
                                              Phone: (401) 739-9690; Fax (401) 739-9040
                                              Email: ras@sinapilaw.com; cad@sinapilaw.com

## **CERTIFICATION**

Jeffrey G. Latham, Esquire
Christine A. Stowell, Esquire
Tate & Latham
40 Westminster Street, Suite 350
Providence, RI 02903
(401) 421-7400
jlatham@tatelawri.com
cstowell@tatelawri.com

Justin J. Sullivan, Esquire
Department of the Attorney General
State of Rhode Island
150 South Main Street
Providence, RI 02903
401-274-4400
jjsullivan@riag.ri.gov

      I hereby certify that on **September 26, 2022,** a true copy of the within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the court's cm/ecf system. Service on the counsel of record listed above has been effectuated by electronic means.

                                                          **/s/ Chloe A. Davis**