# EXHIBIT K

# Anderson, Ian (DOC)

**From:** Paquette, Maggie (DOC)
**Sent:** Monday, September 19, 2016 1:00 PM
**To:** Clarke, Jennifer
**Subject:** FW: Steven Melise

See below

Maggie

*Maggie Paquette, Administrative Officer*
*Office of the Medical Program Director*
*Rhode Island Department of Corrections*
*39 Howard Avenue*
*Cranston, RI 02920*
*phone: 401.462.2678*
*fax: 401.462.2000*
*e-mail:* <u>maggie.paquette@doc.ri.gov</u>

**From:** Warren, Marianne
**Sent:** Monday, September 19, 2016 12:59 PM
**To:** Paquette, Maggie (DOC) <Maggie.Paquette@doc.ri.gov>
**Subject:** RE: Steven Melise

Pt has been placed on medical bottom bunk by 2 providers already, marianne

**From:** Paquette, Maggie (DOC)
**Sent:** Monday, September 19, 2016 12:55 PM
**To:** Warren, Marianne <Marianne.Warren@doc.ri.gov>
**Subject:** Steven Melise

FYI

Please see attached letter from ▮▮▮▮ regarding his cell mate.

Dr. Clarke will write to ▮▮▮▮ stating his cell mate should request to see a provider.

Maggie

*Maggie Paquette, Administrative Officer*
*Office of the Medical Program Director*
*Rhode Island Department of Corrections*
*39 Howard Avenue*
*Cranston, RI 02920*
*phone: 401.462.2678*
*fax: 401.462.2000*
*e-mail:* <u>maggie.paquette@doc.ri.gov</u>

1

1)

Dear Dr Clark

RECEIVED SEP 19 2016 By_____

9-18-16

How Are you. I'm Sure you RememBer me. Its ▮▮▮ Mrs Clark. Remember my Tweet meet Joke. How can you Forget Right.

Dr Clark. My Roomate Steven Melise ID# 838-12 is Not well. He has Alot of problems with his Neck Including a pinched Nerve And Two spinal Desease's all Documented And occassionally falls off The Top Bunk. I've seen For myself That he is experiencing Alot of Trouble getting up And Down The ladder Also. If you Could please Help him In Any way I would Really Appreciate it. He Is A Decent person And Not A Trouble maker And Could Really use your Help.

If you Could Find It In your Heart please Help Him. I Have Told Him That you Are Not Only A Beautiful Person on The outside But Also on The Inside And A Honerable person And If He Needs A Bottom Bunk medically Than He will Receive one.

Not To Take up your Time Any Further But we all can use a good laugh Now + Then. Why were E.T's eyes so Big?
He Saw the phone Bill!

Have a great Day.
Sincerly
▮▮▮
ID# ▮▮▮    Med-Sec