# EXHIBIT II

**\*\*CONFIDENTIAL\*\***

## RHODE ISLAND DEPARTMENT OF CORRECTIONS

## EXECUTIVE STAFF MEETING

September 22, 2015

<u>IN ATTENDANCE</u>
Ashbel T. Wall, II, Director
Amanda Dutra, Administrative Assistant/Confidential Secretary
Kathleen Kelly, Chief Legal Counsel
Gina Caruolo, Interdepartmental Project Manager
James Weeden, Assistant Director/Institutions and Operations
Patricia Coyne-Fague, Assistant Director/Administration Services

<u>ABSENT</u>
Robert Catlow, Chief Inspector
Susan Lamkins, Programming Services Officer/Chief of Information and PR
Barry Weiner, Assistant Director/Rehabilitative Services

The meeting convened at 10:04 a.m.

## OLD BUSINESS

**Lean Government Initiative (from Exec Mtg 9/22/15):** Director Wall and the group had a meeting yesterday and Ashley Benevides is putting together minutes. Lynne Corry said Andrew Manca would be delighted to come and meet with us on 10/2 at 8:30 a.m. Director Wall would appreciate it if Ms. Corry could give the LEAN meeting minutes to Mr. Manca in advance of the 10/2 meeting.





**MP4 Players (from Exec Mtg 9/22/15):** Ms. Coyne-Fague stated that we are still waiting on Keefe. Ms. Coyne-Fague will give Director Wall something from Michelle Lanciaux so that he can call Jeff Harris.



**GED (from Exec Mtg 9/22/15):** Ms. Coyne-Fague stated that Lee Allison is working with Ramon Fernandez on how to test the system. Once tested, it will be the Education Unit's responsibility to train inmates and staff.

**Administrative Transfers (from Exec Mtg 9/22/15):** Director Wall reviewed the report. He has some questions and will take them up with the ADs.



**Medical Director Position (from Exec Mtg 9/22/15):** Director Wall stated that we have 2 candidates that had applied as of the time the posting closed. We are going to public hearing and will be opening up the application process again. Director Wall asked Mr. Weiner to begin a background check on one outside candidate. The other one has worked here awhile. Is she on staff or on contract? If she is on contract we will need to do a background investigation. Ms. Coyne-Fague said she is an employee.



**Time and Attendance Project (from Exec Mtg 9/22/15):** Ms. Coyne-Fague reported that this issue is status quo. We are waiting to hear back from Thom Guertin and Shawn Selleck.



**Employee Photos and Imaging System (from Exec Mtg 9/22/15):** Ms. Coyne-Fague announced that there was an issue with the camera. Igor Nakhamkin had a conference call with the vendor last week. Michelle Lanciaux asked him to provide Ms. Coyne-Fague with an update.



**Medical Licenses (from Exec Mtg 9/22/15):** Ms. Kelly stated that Mike Grant talked to Glenn Friedman, the chief of legal for Lifespan. He believes that whoever the next medical director is can be the signer of those licenses. Other than that he had very little information for us. Ms. Caruolo had suggested we reach out to Dr. McDonald at the Health Department. Mr. Grant is reaching out to him. One of our questions for Dr. McDonald is does it have to be a medical director or could it be someone like Joe Marocco who signs them.



[redacted]

**Managers' Meeting (from Exec Mtg 9/22/15):** Director Wall added LEAN as a third topic to be discussed at the 10/7 Managers' Meeting.

[redacted]

**P&P Tracking (from Exec Mtg 9/22/15):** Ms. Coyne-Fague will get an update.

[redacted]

## NEW BUSINESS

**2016 Survey of Prison Inmates:** Jeff Renzi received a copy. Director Wall gave it to Ms. Coyne-Fague to make sure Mr. Renzi coordinates it.

[redacted]

5



**Speakers Bureau:** There have been a number of offenders who have been quite successful after they left here. Director Wall had conversations with some of them about the possibility of putting together a speakers' bureau where they would come in and talk to some motivated groups of inmates. Mr. Weiner is talking to his P&P people to see if there is anyone in that category. Director Wall is collecting names. He asked the Executive Staff if they know of anyone who has become a solid citizen, has insight into what got them here in the first place, what got them out of that mindset, and who is not on active parole.

## ROUND TABLE

**Ms. Coyne-Fague**



**Diversity Liaison:** Jayne Del Sesto is now the Department's diversity liaison. Once DOA is ready and Ms. Del Sesto comes up to speed, she will be reaching out to hiring managers about making sure that their pool of interviewees include people from minority populations.

**Mr. Weeden**

**Warden Interviews:**   The warden interviews are coming up soon.   Roy Wells, Mr. Weiner, Ms. Coyne-Fague and Mr. Weeden will be on the panel.   There are 5 candidates but there might only be 4 if the person from Vegas can't fly down.

**SIU 2nd Interviews:**   Director Wall and Mr. Weeden did 2nd interviews for SIU.   Mr. Weeden drafted letters saying they were interviewed and who they picked for the position.

**Grievance:**   Mr. Weeden stated that a grievance is being filed in Records & ID about video court. They are saying that they should run video court.

**Ms. Kelly**

███████████████████████████████████████

██████████   Legal received a letter from the woman who represents ███████, one of our former offenders.   He had been given a medical slip for the bottom bunk.   The review process takes a couple weeks.   In the meantime, he fell off the top bunk and broke his foot.   We are being sued.   Can we shorten the review process?   Mike Grant said this has happened to us a couple of other times.

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

**Ms. Caruolo**

███████████████████████████████████████

███████████████████████████████████████

**LEAN:**  Ms. Caruolo handed out a Kaizen Event from the state of Washington.

## CONTROL DATES

**October 6, 2015**



**October 20, 2015**

## HANDOUTS

1. Minutes from Executive Staff Meeting on 9/8/15
2. Justice Reinvestment Initiative
3. Justice Reinvestment Working Group, 2nd Meeting, CSG Justice Center – 9/10/15
4. Updated Executive Staff Calendar
5. Draft Policies for Review:   1.02-1 Mission Statement (handed out by Ms. Coyne-Fague)

**NEXT MEETING:**   TUESDAY, October 6, 10:00 A.M.

Meeting adjourned at 12:02 p.m.

Respectfully submitted,
*Amanda Dutra*
Administrative Assistant/Confidential Secretary

8