UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **STEPHEN MELISE**, <br>      *Plaintiff* <br><br> v. <br><br> **PATRICIA COYNE-FAGUE,** in her official capacity as Director of the **DEPARTMENT OF CORRECTIONS**; et al., <br>      *Defendants* | C.A. No. 1:17-cv-00490-MSM-PAS |

**STATE DEFENDANTS' EXHIBIT LIST**

| LABEL | DESCRIPTION |
|---|---|
| EXHIBIT A | RIDOC Inmate Events Tracking System |
| EXHIBIT B | Deposition Transcript of Nurse Marianne Warren NP |
| EXHIBIT C | Deposition Transcript of Defendant, Dr. Fred Vhor MD |
| EXHIBIT D | Deposition Transcript of Defendant, Kerri McCaughey |
| EXHIBIT E | Deposition Transcript of Dr. Christopher M. Salas MD |
| EXHIBIT F | Deposition Transcript of Plaintiff, Stephen Melise |
| EXHIBIT G | Deposition Transcript of Defendant, Dr. Jennifer Clarke MD |
| EXHIBIT H | Affidavit of Pauline M. Marcussen, DHA, RHI, CCHP |
| Exhibit H-1 | EMR Prescription Order – 11/12/2014 |
| Exhibit H-2 | EMR Prescription Order – 02/09/2015 |
| Exhibit H-3 | EMR Prescription Order – 06/09/2015 |
| Exhibit H-4 | EMR Prescription Order – 11/12/2015 |
| Exhibit H-5 | EMR Prescription Order – 11/20/2015 |
| Exhibit H-6 | EMR Prescription Order – 12/21/2015 |
| Exhibit H-7 | EMR Prescription Order – 06/21/2016 |
| Exhibit H-8 | EMR Prescription Order – 06/28/2016 |
| Exhibit H-9 | EMR Prescription Order – 09/08/2016 |
| Exhibit H-10 | EMR Prescription Order – 11/11/2016 |
| Exhibit H-11 | EMR Prescription Order – 12/13/2016 |
| Exhibit H-12 | EMR Prescription Order – 06/07/2017 |
| Exhibit H-13 | Printed Administrative Note – 11/12/2014 |
| Exhibit H-14 | Printed Administrative Note – 02/09/2015 |
| Exhibit H-15 | Printed Administrative Note – 06/09/2015 |

| | |
|---|---|
| Exhibit H-16 | Printed Administrative Note – 12/21/2015 |
| Exhibit H-17 | Printed Administrative Note – 09/08/2016 |
| Exhibit H-18 | Printed Administrative Note – 11/11/2016 |
| Exhibit H-19 | Printed Administrative Note – 12/13/2016 |
| Exhibit H-20 | Printed Administrative Note – 06/07/2017 |
| EXHIBIT I | Policy 18.22 DOC |
| EXHIBIT J | RIDOC Defendants' Answers to Plaintiff's Second Set of Interrogatories |
| EXHIBIT K | Medical Request Slip (M-0344) – 10/24/2014 |
| EXHIBIT L | Medical Record (M-0348—M-0351) – 11/12/2014 |
| EXHIBIT M | Administrative Note (M-0262) – 10/28/2015 |
| EXHIBIT N | Medical Record (M-0250—M-0251) – 11/29/2015 |
| EXHIBIT O | Medical Record (M-0245—M-0249) – 11/30/2015 |
| EXHIBIT P | Medical Record (M-0183—M-0187) – 11/30/2015 |
| EXHIBIT Q | Medical Record (M-0176—M-0179) – 06/28/2016 |
| EXHIBIT R | Medical Record (M-0117—M-0119) – 11/10/2016 |
| EXHIBIT S | Rhode Island Hospital Medical Record – 11/11/2016 |
| EXHIBIT T | Medical Record (M-0115—M-0116) – 11/11/2016 |
| EXHIBIT U | Plaintiff's Answers to RIDOC's Interrogatories |
| EXHIBIT V | Affidavit Rui Diniz |

Respectfully Submitted,

RIDOC Defendants,
By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Justin J. Sullivan*

Justin J. Sullivan (#9770)
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
150 South Main St. Providence, RI 02903
Tel: (401) 274-4400 | Ext. 2007
Fax (401) 222-2995
jjsullivan@riag.ri.gov

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that the within document has been electronically filed with the Court through the ECF system on Monday, September 26, 2022 and that it is available for viewing and downloading. I also caused a true and accurate copy of the within document to be served through the ECF system on the following parties and/or counsel of record:

| *Counsel for Plaintiff* | *Counsel for Defendants Fred Vohr and Jennifer Clarke* |
|---|---|
| Chloe A. Davis, Esq. | Jeffrey G. Latham, Esq. |
| cad@sinapilaw.com | Christine A. Stowell, Esq. |
|  | jlatham@tatelawri.com |
|  | cstowell@tatelawri.com |