# EXHIBIT H

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**STEPHEN MELISE,**
*Plaintiff*

v.

**PATRICIA COYNE-FAGUE,** in her official
capacity as Director of the Rhode Island Department
of Corrections; *ET AL.,*
*Defendants*

C.A. No. 1:17-cv-00490-MSM-PAS

## AFFIDAVIT OF PAULINE M. MARCUSSEN, DHA, RHIA, CCHP

I, Pauline M. Marcussen, in my official capacity as the Administrator of Healthcare Services at the Rhode Island Department of Corrections ("RIDOC"), being duly sworn upon oath, do hereby depose and state as follows:

1. I am a Registered Health Information Administrator and a Certified Correctional Health Professional. I am actively credentialed.

2. I am currently employed as the Administrator of Healthcare Services for RIDOC. Prior to my current position, I served as the Interdepartmental Project Manager for Medical Records and Medical Claims for RIDOC.

3. In my current position, I am familiar with the Electronic Medical Records system ("EMR"), as well as Policy 18.22 DOC, titled "Inmates and Visitors with Special Needs" and the procedure established between RIDOC security and medical personnel to process inmates' special needs accommodations requests at the Adult Correctional Institutions, John J. Moran Medium Security Facility ("Medium Security"). My knowledge of the Electronic Medical Records system and Policy 18.22 includes the years 2014-2017.

4. In 2014 through 2017, an inmate's request for reasonable accommodation may be initiated in either of two ways: (1) by the inmate personally submitting a special needs accommodation request form to a staff official; or (2) by a prescription order from a RIDOC medical provider.

5. If a RIDOC medical provider prescribes a special needs accommodation on behalf of an inmate, the treating provider must enter a prescription order into the inmate's medical record within RIDOC's EMR. *Exhibits 1–12* attached hereto are prescription orders entered into the EMR.

6. To ensure compliance with the Health Information Portability and Accessibility Act, 45 C.F.R. § 162, *et seq.*, ("HIPAA") and the Rhode Island Confidentiality of Health Care Communications and Information Act, R.I. Gen. Laws § 5-37.3-3 ("RICHI"), RIDOC security personnel, as well as prison administrative/operational staff, do not have access to the EMR.

7. Because RIDOC security personnel cannot view a prescription order entered into the EMR, and do not have access to the EMR, a RIDOC medical provider must print an "administrative note" containing the prescription order to serve as the special needs accommodation request.

8. When an administrative note is printed, it will contain any special needs prescription orders entered in the EMR for that inmate that are not expired (*i.e.*, the stop date has not yet lapsed) or manually removed from the EMR by a RIDOC medical provider. Expired special needs prescription orders are automatically removed.

9. Once a RIDOC Medical provider prints special needs accommodation request, *i.e.*, the administrative note, the provider must then physically deliver the paper copy to a mailbox for the Facility ADA Coordinator to review. *Exhibits 13–20* attached hereto, are printed "administrative notes" submitted as special needs accommodation requests.

10. The Facility ADA Coordinator, generally a deputy warden, will then review the printed special needs accommodation requests, *i.e.*, the administrative notes, within a reasonable time and

either grant, modify, ask for more information, or deny the request by indicating so on the paper copy and sending it to the inmate and/or back to the medical provider.

11. Unless printed, the prescription orders, *Exhibits 1–12*, would not be accessible or known to prison administrative or operational staff but rather would only be accessed through the EMR. If a prescription order is printed, it is designated as an "Administrative Note" and can be physically forwarded to prison administrative or operational staff. The "Administrative Notes" are attached to this affidavit as *Exhibits 13–20*. Because prison operational or administrative staff do not have access to the EMR, non-health care staff must be made aware of the prescription order through the printing of an "Administrative Note."

12. All the facts and opinions stated herein are true and correct to the best my knowledge and belief.

Signed under the pains and penalties of perjury this 16th day of September, 2022.

_Pauline M. Marcussen, DHA, RHIA, CCHP_
Pauline M. Marcussen, DHA, RHIA, CCHP
Administrator of Healthcare Services
Rhode Island Department of Corrections

Subscribed and sworn to before me on this _16th_ day of September 2022, in the

**STATE OF NORTH CAROLINA,**
**WAKE COUNTY**

TERRY L CHISHOLM
Notary Public
North Carolina
Wake County

_Terry L Chisholm_
Notary Public
Print Name: Terry L Chisholm
Notary ID#:
My Commission Expires: May 17, 2027

# EXHIBIT 1

**Medium Moran Security**
51 West Road   Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

*January 8, 2018*
Page 1
Special Needs

**STEPHEN MELISE**
Male ▓▓▓▓▓▓▓▓▓                                    083812

**11/12/2014 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

**NAME: MELISE, STEPHEN**

**ID #: 083812**

▓▓▓▓▓▓▓▓▓▓▓▓

---

*Special Needs/Urgent Orders*

*Order Reason Start Date Stop Date Ordered By*

Bottom bunk neck pain 11/12/2014 02/12/2015 Marianne Warren NP

# EXHIBIT 2

**Medium Moran Security**
51 West Road  Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

*January 8, 2018*
Page 1
Special Needs

## STEPHEN MELISE

083812

**02/09/2015 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

## NAME: MELISE, STEPHEN

## ID #: 083812

*Special Needs/Urgent Orders*

*Order Reason Start Date Stop Date Ordered By*

Bottom bunk neck pain 11/12/2014 06/12/2015 Marianne Warren NP

# EXHIBIT 3

**Medium Moran Security**
51 West Road   Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

**STEPHEN MELISE**
Male ███████████████                    083812

**06/09/2015 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

**NAME: MELISE, STEPHEN**

**ID #: 083812**

███████████████

---

*Special Needs/Urgent Orders*

*Order Reason Start Date Stop Date Ordered By*

Bottom bunk neck pain 11/12/2014 12/12/2015 Marianne Warren NP

# EXHIBIT 4

**Medium Moran Security**
51 West Road  Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

**STEPHEN MELISE**
Male ████████████                    083812

**11/12/2015 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

NAME: MELISE, STEPHEN

ID #: 083812

████████████

---

*Special Needs/Urgent Orders*

| Order | Reason | Start Date | Stop Date | Ordered By |
|-------|--------|------------|-----------|------------|
| Bottom bunk | neck pain | 11/12/2014 | 12/12/2015 | Marianne Warren NP |

**M-0256**

# EXHIBIT 5

**Medium Moran Security**
51 West Road   Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

**STEPHEN MELISE**
Male ███████████                    083812

**11/20/2015 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

**NAME: MELISE, STEPHEN**

**ID #: 083812**

████████████████

---

### *Special Needs/Urgent Orders*

| Order | Reason | Start Date | Stop Date | Ordered By |
|-------|--------|-----------|-----------|------------|
| Bottom bunk | neck pain | 11/12/2014 | 12/12/2016 | Marianne Warren NP |

# EXHIBIT 6

**Medium Moran Security**
51 West Road   Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

**STEPHEN MELISE**
Male ████████████              083812

**12/21/2015 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

**NAME: MELISE, STEPHEN**

**ID #: 083812**

████████████

---

*Special Needs/Urgent Orders*

| Order | Reason | Start Date | Stop Date | Ordered By |
|---|---|---|---|---|
| Bottom bunk | neck pain | 11/12/2014 | 12/12/2016 | Marianne Warren NP |

# EXHIBIT 7

**Medium Moran Security**
51 West Road   Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

**STEPHEN MELISE**
Male ███████████████         083812

**06/21/2016 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

**NAME: MELISE, STEPHEN**

**ID #: 083812**

███████████████

---

*Special Needs/Urgent Orders*

| Order | Reason | Start Date | Stop Date | Ordered By |
|-------|--------|-----------|-----------|------------|
| Bottom bunk | neck pain | 11/12/2014 | 12/12/2016 | Marianne Warren NP |
| Bottom bunk | falls | 06/21/2016 | 06/21/2017 | Marianne Warren NP |

# EXHIBIT 8

**Medium Moran Security**
51 West Road   Cranston, RI 02920
(401) 462-1971   Fax: (401) 462-2265

*January  3, 2018*
Page 1
Special Needs

**STEPHEN MELISE**
Male ███████████                              083812

**06/28/2016 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

**NAME: MELISE, STEPHEN**

**ID #: 083812**

███████████████████

---

*Special Needs/Urgent Orders*

| Order | Reason | Start Date | Stop Date | Ordered By |
|-------|--------|-----------|-----------|-----------|
| Bottom bunk | neck pain | 11/12/2014 | 12/12/2016 | Marianne Warren NP |
| Bottom bunk | falls | 06/21/2016 | 06/21/2017 | Marianne Warren NP |
| Bottom bunk | falls, ?apnea | 06/28/2016 | 09/28/2016 | Christopher Salas MD |

# EXHIBIT 9

**Medium Moran Security**
51 West Road   Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

*January 3, 2018*
Page 1
Special Needs

## STEPHEN MELISE

Male    █████████        083812

**09/08/2016 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

**NAME: MELISE, STEPHEN**

**ID #: 083812**

████████████

---

*Special Needs/Urgent Orders*

| Order | Reason | Start Date | Stop Date | Ordered By |
|---|---|---|---|---|
| Bottom bunk | neck pain | 11/12/2014 | 12/12/2016 | Marianne Warren NP |
| Bottom bunk | falls | 06/21/2016 | 06/21/2017 | Marianne Warren NP |
| Bottom bunk | falls, ?apnea | 06/28/2016 | 09/28/2016 | Christopher Salas MD |

# EXHIBIT 10

**Medium Moran Security**
51 West Road   Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

*January  3, 2018*
Page 1
Special Needs

**STEPHEN MELISE**

Male                                              083812

**11/11/2016 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

**NAME: MELISE, STEPHEN**

**ID #: 083812**

---

*Special Needs/Urgent Orders*

| Order | Reason | Start Date | Stop Date | Ordered By |
|-------|--------|------------|-----------|------------|
| Bottom bunk | falls from sleep problem | 11/11/2016 | 11/10/2017 | Christopher Salas MD |
| Bottom tier | crutches for broken ankle | 11/11/2016 | 03/10/2017 | Christopher Salas MD |

# EXHIBIT 11

**Medium Moran Security**
51 West Road   Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

*January  3, 2018*
*Page 1*
*Special Needs*

## STEPHEN MELISE
Male ████████████████        083812

**12/13/2016 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

**NAME: MELISE, STEPHEN**

**ID #: 083812**



---

*Special Needs/Urgent Orders*

| Order | Reason | Start Date | Stop Date | Ordered By |
|---|---|---|---|---|
| Bottom bunk | falls from sleep problem | 11/11/2016 | 11/10/2017 | Christopher Salas MD |
| Bottom tier | crutches for broken ankle | 11/11/2016 | 03/10/2017 | Christopher Salas MD |
| CPAP | sleep apnea | 12/13/2016 | 06/13/2017 | Jennifer Clarke MD |

# EXHIBIT 12

**Medium Moran Security**
51 West Road   Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

*January  3, 2018*
Page 1
Special Needs

**STEPHEN MELISE**
Male                                         083812

**06/07/2017 - Special Needs: RIDOC_special_needs**
**Provider: NextGen Migration**
**Location of Care: Fusion - GE Healthcare**

**NAME: MELISE, STEPHEN**

**ID #: 083812**

---

*Special Needs/Urgent Orders*

| Order | Reason | Start Date | Stop Date | Ordered By |
|---|---|---|---|---|
| CPAP | sleep apnea | 12/13/2016 | 06/13/2017 | Christopher Salas, M.D. |
| Bottom bunk | falls from sleep problem | 06/07/2017 | 06/07/2018 | Christopher Salas, M.D. |

# EXHIBIT 13

# DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

**SITE: MD1 Medical Clinic**
**COMPLETED BY: Marianne Warren NP 11/12/2014 9:13 AM**

**NAME: MELISE, STEPHEN**
**ID #: 083812**

**Special Needs/Urgent Orders**

| Order | Reason | Start Date | Stop Date | Ordered By |
|-------|--------|-----------|-----------|------------|
| Bottom bunk | neck pain | 11/12/2014 | 02/12/2015 | Marianne Warren NP |

*need more info?*

*Approved*
*Deputy McCaughy*
*11/19/14*

*Severe pain with*
*osteoarthritis neck on x-ray*
*11-17-2017*

*11-12-2017*

NAME: MELISE, STEPHEN
NUMBER: 083812

# EXHIBIT 14

# DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

**SITE: MD1 Medical Clinic**
**COMPLETED BY: Marianne Warren NP  02/09/2015 10:24 AM**

**NAME: MELISE, STEPHEN**
**ID #:     083812**

### Special Needs/Urgent Orders

| Order | Reason | Start Date | Stop Date | Ordered By |
|-------|--------|------------|-----------|------------|
| Bottom bunk | neck pain | 11/12/2014 | 06/12/2015 | Marianne Warren NP |

*need more info*

*02-02-2015*

NAME: MELISE, STEPHEN
NUMBER: 083812

# EXHIBIT 15

# DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

**SITE: MD1 Medical Clinic**
**COMPLETED BY: Marianne Warren NP  06/09/2015 11:17 AM**

**NAME: MELISE, STEPHEN**
**ID #:    083812**

███████████████████

**Special Needs/Urgent Orders**

| Order | Reason | Start Date | Stop Date | Ordered By |
|-------|--------|-----------|-----------|------------|
| Bottom bunk | neck pain | 11/12/2014 | 12/12/2015 | Marianne Warren NP |

*more info?,*

*Denied*
*Deputy McCaughy*
*6/19/15*

*Marom N.*
*6-12-2015*
*osteoarthritis neck.*
*severe pain*

*06-09-2015*

NAME: MELISE, STEPHEN
NUMBER: 083812
████████████████

# EXHIBIT 16

**SITE:** MD1 Medical Clinic
**COMPLETED BY:** Marianne Warren NP 12/21/2015 11:50 AM

**NAME: MELISE, STEPHEN**
**ID #:    083812**

<u>**Special Needs/Urgent Orders**</u>

| Order | Reason | Start Date | Stop Date | Ordered By |
|-------|--------|------------|-----------|------------|
| Bottom bunk | neck pain | 11/12/2014 | 12/12/2016 | Marianne Warren NP |

# EXHIBIT 17



EXHIBIT 11
KERRI
McCaughey
LSC 7-12-19

## DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE NOTE

**SITE: MD1 Medical Clinic**
**COMPLETED BY: Mel White, RN 09/08/2016 9:34 AM**

**NAME: MELISE, STEPHEN**
**ID #: 083812**

**Special Needs/Urgent Orders**

| Order | Reason | Start Date | Stop Date | Ordered By |
|---|---|---|---|---|
| Bottom bunk | neck pain | 11/12/2014 | 12/12/2016 | Marianne Warren NP |
| Bottom bunk | falls | 06/21/2016 | 06/21/2017 | Marianne Warren NP |
| Bottom bunk | falls, ?apnea | 06/28/2016 | 09/28/2016 | Christopher Salas MD |

Approve
Deputy McCaughey
9/21/16

Maureen RN
9-19-2016

NAME: MELISE, STEPHEN
NUMBER: 083812

# EXHIBIT 18

**SITE: MD1 Medical Clinic**
**COMPLETED BY: Christopher Salas MD 11/11/2016 1:08 PM**

**NAME: MELISE, STEPHEN**
**ID #:    083812**

**Special Needs/Urgent Orders**

| Order | Reason | Start Date | Stop Date | Ordered By |
|---|---|---|---|---|
| Bottom bunk | falls from sleep problem | 11/11/2016 | 11/10/2017 | Christopher Salas MD |
| Bottom tier | crutches for broken ankle | 11/11/2016 | 03/10/2017 | Christopher Salas MD |

*[handwritten notes:]* 3/18/17

Approved
Dput Mc Cauly
11/17/16
X when crutches
broken ankle
healed. - bottom
bunk expires
as well

# EXHIBIT 19

**SITE: MD1 Medical Clinic**
**COMPLETED BY: Mel White, RN  12/13/2016 2:27 PM**

**NAME: MELISE, STEPHEN**
**ID #:      083812**

---

## Special Needs/Urgent Orders

| Order | Reason | Start Date | Stop Date | Ordered By |
|-------|--------|------------|-----------|------------|
| Bottom bunk | falls from sleep problem | 11/11/2016 | 11/10/2017 | Christopher Salas MD |
| Bottom tier | crutches for broken ankle | 11/11/2016 | 03/10/2017 | Christopher Salas MD |
| CPAP | sleep apnea | 12/13/2016 | 06/13/2017 | Jennifer Clarke MD |

Approved
Deput McClough
12/14/16

# EXHIBIT 20

**SITE:  MD1 Medical Clinic**

**COMPLETED BY:  Mel White, RN  06/07/2017 8:52 AM**

**NAME: MELISE, STEPHEN**
**ID #:      083812**

---

### Special Needs/Urgent Orders

| Order | Reason | Start Date | Stop Date | Ordered By |
|---|---|---|---|---|
| CPAP | sleep apnea | 12/13/2016 | 06/13/2017 | Christopher Salas, M.D. |
| Bottom bunk | falls from sleep problem | 06/07/2017 | 06/07/2018 | Christopher Salas, M.D. |

Approved
Dr
6/8/17