# EXHIBIT C

Page 105

1   EXHIBIT 8, PLAINTIFF'S, MARKED FOR I.D.
2   Q.   This exhibit may actually change your answer on the
3   last one because the date is the same, 12/21/2015; is
4   that correct?
5   A.   12/21/2015.
6   Q.   And that's the same date as the previous exhibit,
7   Exhibit 7?
8   A.   Yes.
9   Q.   Is there an indication on this document that you saw
10  it?
11  A.   Yes.
12  Q.   And what does the notation indicate to you?
13  A.   Bottom bunk, neck pain.
14  Q.   And what is the notation from you?
15  A.   Denied.
16  Q.   On what date?
17  A.   12/29/15.
18  Q.   And can you explain why this was denied?
19  A.   It had been denied previously.
20  Q.   Is there a reason why you did not request more
21  information?
22  A.   I don't recall.
23  Q.   Can you think of a reason why you might not have
24  requested more information on this request?
25       MR. SULLIVAN: Objection. You can

Page 106

1   answer.
2   A.   I don't recall.
3   Q.   Previously in your deposition, do you recall testifying
4   that you always request more information when you feel
5   like more information is needed?
6   A.   Yes.
7   Q.   And, so, based on looking at this document, does it
8   look like you denied it without requesting more
9   information?
10  A.   Yes.
11  Q.   And there is no other documentation or indication on
12  this document that would give us an explanation of why
13  it was denied without a request for further
14  information; is that correct?
15  A.   That's correct.
16  Q.   If this order had been approved, when would it have
17  expired? When does it state it would have expired?
18  A.   12/12/2016.
19  Q.   Is there any reason why it would not have expired on
20  that date if it had been approved that you could think
21  of?
22  A.   That's over a year, it is over a year.
23  Q.   What is the significance of that?
24  A.   Normally, any -- normally, I would not approve a
25  request that goes longer than a year without a review.

Page 107

1   I typically would pick earlier review dates. This
2   would have gone over a year, almost two years.
3   Q.   If you had picked an earlier review date, how would you
4   have indicated that on the document?
5   A.   I would have wrote earlier review, and I would have
6   put the date.
7   Q.   And the effect of putting that on it would have meant
8   it expired on the date that you set; is that correct?
9   A.   Yes.
10       MS. DAVIS: Exhibit 9, please.
11       EXHIBIT 9, PLAINTIFF'S, MARKED FOR I.D.
12  Q.   Can you identify this document?
13  A.   It's a special needs request.
14  Q.   When is it dated?
15  A.   6/21/2016.
16  Q.   By looking at this document, can you determine if you
17  ever saw it or reviewed it or approved or denied it?
18  A.   No.
19  Q.   Have you ever seen a request for special needs that
20  indicated multiple reasons?
21  A.   In the former medical records system, yes. In the
22  current one, no.
23  Q.   How come?
24  A.   EMR, the electronic medical records were updated
25  from one system to another, and the old system just

Page 108

1   gave us a list of anything that has ever been requested
2   with a start date and expiration date. The new system
3   does not.
4   Q.   When did the new system go into effect?
5   A.   I don't recall.
6   Q.   Was it after 6/21/2016?
7   A.   I don't recall.
8   Q.   Can I ask you to look very quickly back at Exhibit 7?
9   A.   Yes.
10  Q.   I'm sorry, Exhibit 8?
11       (WITNESS COMPLIES)
12  Q.   Do you know if you ever consulted with any medical
13  professionals in regard to this order?
14  A.   I don't recall.
15       MS. DAVIS: Exhibit 10, please.
16       EXHIBIT 10, PLAINTIFF'S, MARKED FOR I.D.
17  Q.   Can you identify this document?
18  A.   Yes. It is a special needs form.
19  Q.   And when is it dated?
20  A.   6/28/2016.
21  Q.   And what is the request for?
22  A.   There are three separate requests.
23  Q.   Can you explain what each request is for?
24  A.   The top is bottom bunk, neck pain. Start date
25  11/12/14, stop date 12/12/16. Bottom bunk -- second