# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN MELISE, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | C.A. No.: 1:17-cv-00490-MSM-PAS |
| | : | |
| COYNE-FAGUE, et al. | : | |
|     Defendants | : | |

## PLAINTIFF'S MOTION TO STRIKE PORTIONS OF STATE DEFENDANTS' STATEMENT OF DISPUTED FACTS

Now comes Plaintiff in the above-described matter and does hereby move this Honorable Court to strike portions of State Defendants' Statements of Disputed Facts ("Defendants' SDF") (ECF No. 124) in the manner and on the grounds set forth in Plaintiffs' Memorandum of Law filed simultaneously herewith.

                                          Plaintiff,
                                          By his attorneys,

**Date: November 18, 2022**        **/s/ Chloe A. Davis**
                                              **Chloe A. Davis, Esq. (#9334)**
                                              **Richard A. Sinapi, Esq. (#2977)**
                                              Sinapi Law Associates, Ltd.
                                              2374 Post Road, Suite 201
                                              Warwick, RI 02886
                                              Phone: (401) 739-9690; Fax (401) 739-9040
                                              Email: cad@sinapilaw.com; ras@sinapilaw.com

## CERTIFICATION

I hereby certify that on **November 18, 2022,** a true copy of the within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the court's cm/ecf system. Service on the counsel of record has been effectuated by electronic means.

                                                                     **/s/ Chloe A. Davis**