# EXHIBIT LL

**Medium Moran Security**
51 West Road   Cranston, RI 02920
(401) 462-1971  Fax: (401) 462-2265

*August 3, 2022*
*Page 1*
*General Note*

# STEPHEN MELISE
Male  DOB: 12/23/1971                                      083812

**06/09/2022 - General Note: Nurse : Sick call\bottom bunk**
**Provider: Joseph Wesson RN**
**Location of Care: Medium Moran Security**

**Encounter Context**
**Facility at time of evaluation:** Medium Moran Security
**Age at Time:** 50 Years Old

## General Note
**General Note Type:** Nurse
**Subject:** Sick callbunk
**Note:** IM came to sick call with bottom bunk request. He states security will no longer allow a CPAP order to be sufficient for a bottom bunk. IM states he has issues with falling out of his bed and a previous lawsuit for this issue. Alert was sent to provider.

**Electronically signed by Joseph Wesson RN on 06/09/2022 at 9:36 AM**

---

RIDOC1RFP00950

| | |
|---|---|
| **Medium Moran Security**<br>51 West Road, Cranston, RI, United States 02920<br>(401) 462-1971  Fax: (401) 462-2265 | 07/07/2022  04:11 PM<br>Page 1 of 1<br>Test Form |

# Test Form

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Christopher  Salas MD | **Service Provider:** | Rhode Island Department of Correction |
| **Signing Provider:** | Christopher  Salas MD | | Rhode Island Department of Correction |
| **Phone:** | (401) 462-2267 | **Phone:** | |
| **Fax:** | | **Fax:** | |
| **Patient Name:** | STEPHEN  MELISE | **Inmate ID:** 083812 | |
| **Home Phone:** | | **DOB:** 12/23/1971 | **Age:** 50 Years |
| **Work Phone:** | | **Sex:** M | |
| **Resp. Provider:** | | | |

| Code | Description | | Diagnoses |
|---|---|---|---|
| NonOrthoBB | Housing - Non-Orthopedic (Medical) Bottom Bunk | | SLEEP APNEA (ICD-G47.30) (ICD10-G47.30) |
| | Order Number: | 364257-2 | |
| | Auth#: | | |
| | Quantity: | 1 | |
| | Start Date: | 6/9/2022 | End Date: |
| | Priority: | Normal | |
| | Electronically Signed By: | Christopher  Salas MD | |
| | Signed Provider NPI: | 1265631972 | |
| | Signed on: | 6/9/2022  11:35:20PM | |
| | Instructions: | sleep apnea / cpap machine; permanent | |

APPROVED  7/11/2022

*Report run by Christopher Salas MD*

RIDOC1RFP00987