# EXHIBIT MM

| | |
|---|---|
| **From:** | Lynch, Mary (DOC) |
| **To:** | Wall, AT (DOC); Weeden, James (DOC); Earls, Elizabeth (DOC); Vohr, Fred (DOC); Desousarosa, Sergio (DOC); Bouchard, Gordon (DOC); Dawson, Charles (DOC); Perez, Juan (DOC); Davis, Deborah (DOC); Tassel, Judi (DOC); Gallo, Connie (DOC); Clarke, Jennifer; Warren, Marianne; Mathieu, Debbie (DOC) |
| **Cc:** | Diniz, Rui (DOC); Lefebvre, Nelson (DOC); Correia, Chris (DOC) |
| **Subject:** | The next Triage Meeting is scheduled for Wednesday, April 16, 2014 @ 10:30 am |
| **Date:** | Wednesday, April 9, 2014 10:20:58 AM |
| **Attachments:** | Triage Meeting 3.14 RD.doc |