# EXHIBIT NN

| | |
|---|---|
| **From:** | Lynch, Mary (DOC) |
| **To:** | Bouchard, Gordon (DOC); Branch, Michelle (DOC); Chapman, Jennifer (DOC); Clarke, Jennifer; Davis, Deborah (DOC); Dawson, Charles (DOC); Gallo, Connie (DOC); Mathieu, Debbie (DOC); Meehan, John (DOC); NeSmith, Michelle (DOC); Perez, Juan (DOC); Salesman, Guy (DOC); Tassel, Judi (DOC); Vohr, Fred (DOC); Warren, Marianne; White, Mel (DOC) |
| **Cc:** | Wall, AT (DOC); Desousarosa, Sergio (DOC); Diniz, Rui (DOC); Weeden, James (DOC); Weiner, Barry |
| **Subject:** | Triage Meeting 7.14 KM.doc |
| **Date:** | Monday, August 4, 2014 1:03:31 PM |
| **Attachments:** | Triage Meeting 7.14 KM.doc |