# EXHIBIT OO

**From:**     Lynch, Mary (DOC)
**To:**       /o=Rhode Island Department of Corrections/ou=First Administrative Group/cn=Recipients/cn=jmeneghini;
              Amado, Linda (DOC); Bannon, Stephen (DOC); Barbosa, Angie; Begones, William (DOC); Capuano, William
              (DOC); Chapman, Jennifer (DOC); Claros, Danilo (DOC); Davis, Deborah (DOC); Dawson, Charles (DOC); Deluca,
              Laurie (DOC); Ducharme, Gerald (DOC); Falkowski, Wally (DOC); Flynn, Patrick (DOC); Franco, Michele (DOC);
              Gallo, Connie (DOC); McCartney, Glenn (DOC); Salesman, Guy (DOC); Falu, Herman (DOC); Byers, Janice (DOC);
              Joslyn, Jennifer (DOC); Kernick, Anne (DOC); McCaughey, Kerri (DOC); Kettelle, Nicole (DOC); Lanowy, Michael
              (DOC); Loss, Peter (DOC); Mariani, Thomas (DOC); Mathieu, Debbie (DOC); Meehan, John (DOC); Gomes,
              Miguel (DOC); Moore, Mark (DOC); NeSmith, Michelle (DOC); O"Grady, James (DOC); Parks, Kenneth (DOC);
              Fetter, Paul (DOC); Perez, Juan (DOC); Robinson, Erin (DOC); Hayes, Ryan (DOC); Schieffelin, John (DOC);
              Soderlund, Lisa (DOC); Tassel, Judi (DOC); Vessella, Frank (DOC); Vicino, Jack (DOC); White, Mel (DOC);
              Zambrano, Paul (DOC)
**Cc:**       Wall, AT (DOC); Weeden, James (DOC); Correia, Chris (DOC); Weiner, Barry
**Subject:**  Staff Brass Meetings 7.23.14 SD.doc
**Date:**     Friday, August 8, 2014 11:27:28 AM
**Attachments:**  Staff Brass Meetings 7.23.14 SD.doc



# John J. Moran Medium Security Facility
# Staff/Brass Meeting Minutes
## Warden Sergio DeSousarosa
### June 23, 2014

*Attendees: Deputy McCaughey, Capt. Vicino, Lt. Meehan, Security Specialist Frank Vessella, Key Control CO Douglas Bonfilio, Center Laurie Deluca, Adult Counselors: Gina Andrade Jessica Bonanno, Lt. Lanowy, Lt. Ducharme, Lt. Fetter, CO Vaccaro, J.R. Perez, SOTP Peter Loss, Darlene Correia intern, Chuck Dawson Psych. Capt. Bannon, Russ Freeman, and Executive Assistant Mary Lynch –*

## WARDEN DESOUSAROSA:

Staff comings and goings
- LT. Meneghini retired – best wishes to him
- Ernie from Maintenance has returned//was out due to illness-
- Investigator William Begones has bided to Women's – thank you Bill for the hard work while assigned here-
- 3 new LT's assigned to MED (pending bids)
  - Robert Coutinho
  - Daniel Carnevale
  - Russell Freeman
- LT. Slezak is being transferred to HSC//did a great job in Medium, thank you and best of luck-
- Congratulations to Frank Thibert (Intake) and Kevin Collard (Minimum) on their promotions to Lieutenant-
- Welcome Jessica Bonanno as a new counselor here in Medium-

Outside Law Enforcement Inquiries
- Recently, DOC Legal has become aware of instances where outside Law Enforcement Agencies have made requests directly to staff within a facility seeking possession of an inmate's property-
- In these cases, outside law enforcement agencies seek possession of inmate property or other information//they need to contact DOC Legal Counsel, the Office of Inspections, the Special Investigations Unit, or the Rhode Island State Police - ACI Division-

- Turning inmate property over to an outside agency or individual may create legal issues regarding the inmate's rights to his or her property, as well as have a potentially negative impact upon an investigation-

Transfer Lists
- Medical needs to be given a copy asap so the inmate's medication can be transferred with them-
- This information is on the shared drive, but everyone does not have access so the Warden wants hard copies provided-

JJM Inmate Handbook
- The past practice was to have a copy on display in every module to save on the cost of printing thousands of them-
- In the very near future this will be changing//every inmate will be given a copy of their own-
- Inmate handbooks will be ordered soon (5,000 copies)//waiting on one more piece to add to the handbook-
- All inmates will be given a copy upon commitment-
- The inmates will have to sign for  these handbooks and the handbook will be added to their property sheets-
- When the inmate is discharged/reclassified, they are responsible to return the handbook-
- All facilities will be following this new practice-

Education Incentive classes
- All staff needs prior approval before taking a class-
- CO Richard Hahn is the new coordinator-
- CO Hahn has the appropriate paperwork that needs to be completed in order to be able to take any classes-

Increasing the Current Recycling Program
- Every facility will have a point person-
- This facility's person responsible is Lt. Meehan-
- Anthony Feole is heading up this committee for the Department-
- There are two bins, one green and one blue (same as in your own home)-
- Inmates will be hired to collect recyclables-
- Recycling materials need to be disposed of separately from regular trash-
- Additional cardboard dumpsters for each building will be provided-
- Mr. David Boderi from RI Recycling and Recovery Assoc. will be coming in tomorrow to tour the facility to determine what we need-
- The goal is to lower the amount of trash we are generating that goes to the landfill and raise the amount of recycling we are doing-

Volunteers and Contract Employees
- Items that are brought in should be only for the purpose of their work in the facility-

- All property needs to be checked at the Reception Desk **AND** Shift Command-
- We recently had someone from Religious Services bring in numerous items that did not belong in the facility-
  ⇒ The person brought in paints, sand paper, wood, shoe laces, etc…
  ⇒ She was spoken to and this issue appears to have been resolved-
- NOTHING comes into this facility without permission; no exceptions!

MP4 Players for Inmates
- Have been approved to purchase thru Keefe-
- The purpose of these players are to listen to the radio & download songs-
- These players have features to do other things, but these features will not be activated while the inmate is incarcerated-
- The cost of the MP4 Players has yet to be decided-
- They work on 4 AA batteries-
- Before the players can be offered to the inmates, Keefe needs to set up two Kiosks//they will be installed in the yard-
- They also have to provide a satellite dish-
- Nothing can happen until the Kiosks and satellite dish is installed-
- These players will be available at WOM and MIN first-
- It will be some time before available at MED-
- All songs will be pre-approved as there will be restrictions-

New/Revised Policies

- 15.01-5DOC; Classification Process
  ~ Biggest change to the revised policy is it now identifies staff roles in the process-

- 9.51-1 DOC, Duty Officer Plan
  ~ Rescinded-

- 9.14-7 DOC - Detecting and Confiscating Contraband on or in the Possession of Inmates/Detainees (Including Frisk, Strip and Body Cavity Searches) or in Inmate Transport Vehicles
  ~ Identifies that inmates will be housed in appropriate facility based on their genitalia; not their sexual preference-
  ~ Defines transgender and intersex and includes language for facilities to write an SOP to address the search process of these inmates-

- 18.17-4 DOC - License/Certification Verification of Health Care Services and Allied Health Professionals
  ~ The title of this policy was changed to more accurately reflect the subject matter that it contains and the contents of this entire policy was completely rewritten-

3

- 5.05-5 DOC, Inmate/Former Inmate Access to Permanent Case Record Information//Spanish Version

- 24.02-5 DOC, Inmate Telephone Privileges/Monitoring, effective 07/14/14
    ~ Central Office Warden is responsible for developing an SOP which details random and targeted monitoring-
    ~ There are some updated attachments-

- 24.01-6DOC, Inmate Mail
    ~ Unclaimed mail section has been revised to mirror the section in policy 14.01-2; Intake/Committing Process for procedures for handling inmate property returned by the US Postal Service as undeliverable-
    ~ "The offender is notified and signs an acknowledgement that any traps that are returned through the mail back to the RI Department of Corrections will be discarded. (see attachment 3)"-

<u>Rikers Island Article</u>
- Article was disseminated to the attendees-
- This article deals with some of the issues staff in Rikers are currently dealing with-
- Issues of violence-
- Lack of training for Correctional staff-
- Very violent facility-
- Warden has toured this facility in the past-
- Very good reading-

## DEPUTY MCCAUGHEY

- <u>Wood Shop & Metal Shop Items</u>
⇒ Inmates have requested to send items out-
⇒ Director has approved to send out these items either to a non-profit organization or upon discharge only-
⇒ If a group made the item, it needs to be donated-
⇒ The number of items per inmate is also limited-

- <u>Triage Meetings</u>
⇒ This meeting is held the third Wednesday of every month-
⇒ If anyone has an inmate that they feel needs to be discussed, please see the Deputy or feel free to attend this meeting-
⇒ A form has been created that will indicate any restrictions an inmate has so staff will be aware, i.e. no gym, no weight lifting, certain jobs, etc…-

◆ <u>Recovery Rally</u>
⇒ This rally will kick off on August 29, 2014, at 10:00 am-
⇒ Just as things were done last year, we will be holding a rally in this facility sometime in September-
⇒ The Deputy will be meeting with Laurie DeLuca and Jim Gillerin to discuss the number of inmates who will be allowed to attend-
⇒ This rally will be held in the visiting room on a Tuesday afternoon due to the fact there are no visits on Tuesdays-

## Round Table

🜨 CO Key Control Douglas Bonfilio
~   CO Bonfilio presented his monthly report-

🜨 Lt. Lanowy
An FYI:
~   Inmates can buy pens, paper, manila envelopes, etc…from Keefe-
~   If they are indigent, they can see the Lieutenant and he will give the inmate an indigent package-
~   There is no reason for staff to be providing these items to inmates-

🜨 Captain Bannon
~   He questioned the Warden if the new inmate handbooks that will be disseminated in the near future are in Spanish and the Warden responded no-

🜨 Peter Loss
~   All is going well-
~   Mr. Loss introduced his new intern//Darlene Correira-

🜨 Charles Dawson
~   Inmates in the past would be seen by Psychology and then not seen again for months-
~   There was a back up on seeing inmates-
~   Now there has been an increase in time allotted to see inmates-
~   This issue should resolve itself within the next couple of weeks-
~   Dr. Rogers is now working additional hours-
~   Dr. Lee is a new Doctor and Mr. Dawson has been working with her (she has never worked in a prison)-
~   J.R. Perez said Dr. Lee is adjusting well-

🜨 Jessica Bononno
~   She is doing well-
~   Nice to work with co-workers with defined rolls-

5

- 🌐 Gina Andrade
  - ~ Wanted to thank everyone for this opportunity-
  - ~ Thoroughly enjoyed her temporary position as an Adult Counselor and feels she learned a lot-
  - ~ Has to go back as a CO by September 7th-
  - ~ Warden DeSousarosa commented on how this experience will make her a stronger Officer-
  - ~ Deputy McCaughey stated she did a great job in this capacity-

- 🌐 Laurie DeLuca
  - ~ Everything is going fine-
  - ~ Industries' construction will begin first (the Warden explained the changes in Industries to Mrs. DeLuca)-

- 🌐 Warden DeSousarosa
  - ~ He will be on vacation from August 8-23, 2014-
  - ~ In his absence, both Deputy Wardens will be available-

Brass Portion continued...

## WARDEN DESOUSAROSA:

Communications with subordinate staff
- When any Brass has an issue with a decision the Warden made, come talk to the Warden-
- The Warden has an open-door policy-
- If the Warden is wrong, he will always admit it-
- If the results are an "agree-to-disagree", staff may have to live with the decision that the Warden made-
- Both Deputies have to same open-door policy-
- The Warden stated to be careful how the brass communicate with their subordinate staff because sometimes they will "run with it"-
- This could make the situation worse than it is-
- By stating your opinion that you don't agree with the decision of the Warden or Deputies, you are undermining the Administration of this facility and you are giving your blessing to your subordinates to question the chain of command-

Radio communications
- The Warden has noticed an increased amount of inappropriate comments during both day shifts-
- Brass need to monitor this issue and intervene-
- If a certain person is constantly being inappropriate, the Warden requested the person be spoken to-

Gym Weight Committee
- This committee is being chaired by Deputy Diniz-
- The committee sent recommendations to the Director and ADIO Weeden to  reduce the amount of injuries occurring in the gym/weight pit by inmates-
- It is now time to try to implement some of the recommendations made by the committee-
- It was reported Deputy Diniz has had some issues with trying to get the committee together due to it being the summer and people are on vacation-
- These recommendations will be implemented in all of the facilities-
- A gentleman name Kurtis Thomas is volunteering to work with this committee to assist in these changes-
- As this committee goes forward the Warden will notify staff or any/all changes-

Roll Calls
- Make sure on the rolls calls staff are mark double-time with appropriate acronym – DT3 or DT4-
- We need to make sure it is recorded correctly due to the double time could be questioned at some point in the future and it is not currently being recorded correctly-

Sincerity Test
- A Sincerity Test is given to any inmate trying to get a special meal based on their religion; i.e. Muslim, Jewish, etc…
- This test will prove they are sincere about their faith of choice-
- Once approved, then inmate must complete paperwork to change their religion on INFACTS-
- Muslims who are observing Ramadan and then want to be recognized as Muslim after Ramadan, still have to take the test-

Hospital Bags
- Be sure to notify Security Specialist Vessella or Key Control Bonfilio whenever a bag is brought back from a post-
- Only the Brass, Security Specialist Vessella, or Key Control Bonfilio can access hospital bags because they are stored in the Ready Room-
- There was some questions about making the area available to Officers// By policy, Officers are not allowed in that area because that is where all of our emergency equipment is stored-
- Hospital protocol forms//Fatima has just been added-The hospitals requested these forms because they are subject to a yearly audit for their accreditations-
- Captain Bannon questioned if the Officers have to sign these forms and the Warden responded yes-

7

- These forms are just safety rules and acronyms so the Officer will understand the codes of the hospital-
- The Warden gave a copy of this paperwork to Legal and they reported back it was fine for the Officers to sign it-

Inmate Property and Indigent Processing
- Upcoming changes to some post orders to make it easier for staff to process-
- Draft SOP being written-

Inmate Property Inventories
- **ACCOUNTABILITY, ACCOUNTIBILITY, ACCOUNTABILITY!**
- Recently we have had two inmates complain about their property that was confiscated due to an investigation//by the time the complaint came to the Warden's office, there was no property sheet to prove/disprove what property actually existed-
- Any time property is confiscated, a property sheet <u>needs</u> to be done-
  - √  All incoming commitments -
  - √  Anytime an inmate is moved to or from segregation a form is needed-
  - √  Any property that is confiscated by SIU, a form is needed-
  - √  All inmates being discharged, the form needs to be done-
  - √  Anytime an officer has to pack up an inmate's property-
  - √  Inmate property which is confiscated by SIU or Inspectors has to be logged before being taken out of facility or documented on inventory sheet as being confiscated by  _____  (person who confiscated it)-

## Round Table

- Captain Vicino
  - ~  The Captain discussed the subject of the items that will be sent out of the wood shop-
    - √  He wanted to remind staff that area is closed on weekends, so if an inmate is being discharged on the weekend, the item needs to be stored elsewhere-
    - √  Storing the item in committing may be the solution-
    - √  The Warden stated he does not have an issue with an inmate returning on a weekday after being discharged to retrieve the item-
  - ~  Captain Vicino, speaking on the behalf of the Brass, wanted to discuss the promotions and the additional staffing on the 3-11 shift-
    - √  The Brass is not very happy with the new additions-
    - √  3-day rules are only supposed to be utilized for a short term absence of an individual-
    - √  Currently there is no one on admin leave, medical, etc…@ Moran-
    - √  This is a violation of the contract-

- 🌐 Lt. Fetter
  - ~ On the 3-11 shift, we are doing approximately 300 test per month//the Warden stated this is a good number-
  - ~ The Lieutenant requested obtaining 2 plastic OC cases for the Shift Command area-
    - √ The Warden said to speak to Security Specialist Vessella to get them-
  - ~ MP4 players//questions regarding if during a search one gets broken; this could be a very expensive item to replace-
    - √ Warden DeSousarosa stated if one broke, the downloads could be transferred to another unit, it would just be the cost of the actual player (cost is still being determined)-
    - √ Music cannot be downloaded between inmates-
    - √ Captain Bannon questioned where the stations in the yard are going to be and the Warden stated he did not know, we have not gotten that far-
  - ~ <mark>Medical bottom bunks//Lt. Fetter asked what the criteria is for a medical bottom bunk//it seems the facility is running low on them-</mark>
    - √ <mark>Deputy McCaughey stated she is denying them all of the time when she finds it is not necessary-</mark>
    - √ The Deputy has been consulting with Nursing Supervisor Gordon Bouchard on the issue of excessive request for bottom bunks-
    - √ If any Brass knows of an inmate with a medical bottom bunk who does not need one, please see the Deputy-
    - √ These do not follow from facility to facility//if an inmate has one in another facility when they come to this building they need to be reassessed to see if it is still necessary-
    - √ The Deputy also has reduced the length of time the order is for on many or these request-
    - √ Deputy McCaughey is looking to find a place in Infacts so this information is recorded and it gives the Brass/Officers a place to look to see if it is legitimate if the inmate looses his copy of the medical slip-

- 🌐 Captain Bannon
  - ~ Questioned what is the situation with the hot pots?
  - ~ The Warden responded the hot water boilers are in, but we are short on maintenance staff so there is a delay-
  - ~ The inmates with hot pots are using them to their fullest advantage-
  - ~ 2 or 3 spickets per side, see how this works to determine what we need-
  - ~ Slow process, but they are coming-

- 🌐 Warden DeSousarosa
  - ~ Starting Sunday, the new staff (Lt's) will be starting-
  - ~ Will begin on their assigned days on-

9

~   Bids will be coming for permanent positions-

The meeting was adjourned…

Respectfully submitted,

Warden Sergio DeSousarosa

Doc:  Staff Brass meeting 7.23.14 SD

The meeting was adjourned.

Doc:  Staff Brass Meeting 4.28.14