**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

_____

        Plaintiff

    v.                                                                               Case No. _____

_____

        Defendant

## **NOTICE OF APPEAL**

Notice is hereby given that _____,
Name

the _____ in the above-referenced matter, hereby appeals to the United States
      Party Type

Court of Appeals for the First Circuit from the:

☐ Final judgment entered on _____.
                                    Date of Judgment

and/or

☐ The order _____ entered on _____.
                    Description of Order                                         Date of Order

                                                                       Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| Name | Signature |
| _____ | _____ |
| Bar Number | Date |
| _____ | _____ |
| Firm/Agency | Telephone Number |
| _____ | _____ |
| Address | Email Address |
| _____ | |
| City/State/Zip Code | |